# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, <br><br> Plaintiff, <br><br> -vs- <br><br> MICHAEL J. ANDERSON, *et al.*, <br><br> Defendants. | CASE NO. 5:20-CV-01743 <br><br> JUDGE JOHN R. ADAMS <br><br> MAGISTRATE. JUDGE CARMEN E. HENDERSON |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), Carole S. Rendon, trial attorney for Charles E. Jones in the above-referenced action, hereby moves the court to admit Christopher W.H. Sullivan, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Charles E. Jones.

Movant represents that Christopher W.H. Sullivan is a member in good standing of the highest court of the State of Ohio as attested by the accompanying certificate of good standing from that court.  Christopher W.H. Sullivan has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, or has ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Christopher W.H. Sullivan's relevant identifying information is as follows:

| | |
|---|---|
| Gibson, Dunn & Crutcher LLP | |
| Business telephone: (202) 887-3625 | Business fax: (202) 530-9697 |
| Business address: 1050 Connecticut Ave, N.W. Washington, DC 20036-5306 | |
| Business e-mail address: csullivan@gibsondunn.com | |

| |
|---|
| Highest state court admitted: The Supreme Court of Ohio |
| Highest state court admission date:  11-17-2008 |
| Highest state court bar registration number:  84133 |

September 21, 2020						Respectfully submitted,

						*/s/ Carole S. Rendon*
						Carole S. Rendon (0070345)
						Daniel R. Warren (0054595)
						BAKER & HOSTETLER LLP
						Key Tower
						127 Public Square, Suite 2000
						Cleveland, OH  44114-1214
						Telephone:     216.621.0200
						Facsimile:     216.696.0740
						E-mail: crendon@bakerlaw.com
						E-mail: dwarren@bakerlaw.com

						F. Joseph Warin (*pro hac vice pending*)
						William S. Scherman (*pro hac vice pending*)
						Christopher W.H. Sullivan (*pro hac vice pending*)
						GIBSON, DUNN & CRUTCHER LLP
						1050 Connecticut Ave, N.W.
						Washington, DC 20036-5306
						Telephone: 202.955.8500
						Facsimile: 202.467.0539
						E-mail: fwarin@gibsondunn.com
						E-mail: wscherman@gibsondunn.com
						E-mail: csullivan@gibsondunn.com

						*Attorneys for Defendant Charles E. Jones*

- 3 -

## **CERTIFICATE OF SERVICE**

    I, Carole S. Rendon hereby certify that on September 21, 2020, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                    */s/ Carole S. Rendon*
                                    Carole S. Rendon