### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JENNIFER L. MILLER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| MICHAEL J. ANDERSON, *et al.*, | ) ) | Judge John R. Adams |
| Defendants, | ) ) | Case No. 5:20-cv-01743-JRA |
| and | ) ) ) | |
| FIRSTENERGY CORP., | ) ) | |
| Nominal Defendant. | ) | |

### THE DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

The Defendants, through their undersigned counsel, hereby move this Court to dismiss the Verified Shareholder Derivative Complaint (the "Complaint").[1]

As set forth in the accompanying memorandum of law, the Defendants respectfully request that the Court dismiss the Complaint pursuant to Federal Rule of Civil Procedure 23.1 because Plaintiff lacks standing, due to her unexcused failure to submit a pre-suit demand to the board of directors of FirstEnergy Corp.

This motion is also supported by the declaration of Geoffrey J. Ritts, one of the attorneys for certain of the individual defendants and nominal defendant FirstEnergy Corp.

---

[1] The "Defendants" are individual defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Charles E. Jones, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neill III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, Robert Reffner, Michael J. Dowling, Ebony Yeboah-Amankwah and nominal defendant FirstEnergy Corp.

Dated: October 9, 2020

Respectfully submitted,

/s/ Geoffrey J. Ritts
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: gjritts@jonesday.com
Email: rfaxon@jonesday.com

Marjorie P. Duffy (0083452)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
Email: mpduffy@jonesday.com

*Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, Robert Reffner, and Ebony Yeboah-Amankwah and Nominal Defendant FirstEnergy Corp.*

Dated:  October 9, 2020         /s/ Daniel R. Warren (with permission)
                                Daniel R. Warren (0054595)
                                Carole S. Rendon (0070345)
                                Douglas L. Shively (0094065)
                                Jeremy S. Dunnaback (0098129)
                                BAKER & HOSTETLER LLP
                                Key Tower
                                127 Public Square, Suite 2000
                                Cleveland, Ohio 44114-1214
                                Telephone:  (216) 621-0200
                                Facsimile:  (216) 696-0740
                                Email:  dwarren@bakerlaw.com
                                Email:  crendon@bakerlaw.com
                                Email:  dshively@bakerlaw.com
                                Email:  jdunnaback@bakerlaw.com

                                F. Joseph Warin (*admitted pro hac vice*)
                                William S. Scherman (*admitted pro hac vice*)
                                Christopher W.H. Sullivan (*admitted pro hac vice*)
                                GIBSON, DUNN & CRUTCHER LLP
                                1050 Connecticut Avenue, N.W.
                                Washington, D.C. 20036-5306
                                Telephone:  (202) 955-8500
                                Facsimile:  (202) 467-0539
                                Email:  fwarin@gibsondunn.com
                                Email:  wscherman@gibsondunn.com
                                Email:  csullivan@gibsondunn.com

                                *Attorneys for Defendant Charles E. Jones*

Dated:  October 9, 2020         /s/ John A. Favret (with permission)
                                John F. McCaffrey (0039486)
                                John A. Favret (0080427)
                                TUCKER ELLIS LLP
                                950 Main Avenue, Suite 1100
                                Cleveland, Ohio 44113
                                Telephone:  (216) 592-5000
                                Facsimile:  (216) 592-5009
                                Email:  john.mccaffrey@tuckerellis.com
                                Email:  john.favret@tuckerellis.com

                                *Attorneys for Defendant Michael J. Dowling*

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was filed electronically on October 9, 2020. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      /s/ Marjorie P. Duffy
                                                      Marjorie P. Duffy (0083452)

*One of the Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, Robert Reffner, and Ebony Yeboah-Amankwah and Nominal Defendant FirstEnergy Corp.*