## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JENNIFER L. MILLER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| MICHAEL J. ANDERSON, *et al.*, | ) ) | Judge John R. Adams |
| Defendants, | ) ) | Case No. 5:20-cv-01743-JRA |
| and | ) ) ) | |
| FIRSTENERGY CORP., | ) ) | |
| Nominal Defendant. | ) | |

## THE DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

The Defendants, through their undersigned counsel, hereby move this Court to dismiss the Amended Verified Shareholder Derivative Complaint (the "Complaint").[1]

As set forth in the accompanying memorandum of law, the Defendants respectfully request that the Court dismiss the Complaint pursuant to Federal Rule of Civil Procedure 23.1 because Plaintiff lacks standing, due to her unexcused failure to submit a pre-suit demand to the board of directors of FirstEnergy Corp.

This motion is also supported by the declaration of Geoffrey J. Ritts, one of the attorneys for certain of the individual defendants and nominal defendant FirstEnergy Corp.

---

[1] The "Defendants" are individual defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Charles E. Jones, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neill III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, Robert Reffner, Michael J. Dowling, Ebony Yeboah-Amankwah and nominal defendant FirstEnergy Corp.

Dated: October 30, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Geoffrey J. Ritts
　　　　　　　　　　　　　　　　　　　　　Geoffrey J. Ritts (0062603)
　　　　　　　　　　　　　　　　　　　　　Robert S. Faxon (0059678)
　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　North Point
　　　　　　　　　　　　　　　　　　　　　901 Lakeside Avenue
　　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114-1190
　　　　　　　　　　　　　　　　　　　　　Telephone: (216) 586-3939
　　　　　　　　　　　　　　　　　　　　　Facsimile: (216) 579-0212
　　　　　　　　　　　　　　　　　　　　　Email: gjritts@jonesday.com
　　　　　　　　　　　　　　　　　　　　　Email: rfaxon@jonesday.com

　　　　　　　　　　　　　　　　　　　　　Marjorie P. Duffy (0083452)
　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　325 John H. McConnell Boulevard, Suite 600
　　　　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　　　　Telephone: (614) 469-3939
　　　　　　　　　　　　　　　　　　　　　Facsimile: (614) 461-4198
　　　　　　　　　　　　　　　　　　　　　Email: mpduffy@jonesday.com

*Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, Robert Reffner, and Ebony Yeboah-Amankwah and Nominal Defendant FirstEnergy Corp.*

Dated: October 30, 2020 /s/ Daniel R. Warren (with permission)
Daniel R. Warren (0054595)
Carole S. Rendon (0070345)
Douglas L. Shively (0094065)
Jeremy S. Dunnaback (0098129)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: dwarren@bakerlaw.com
Email: crendon@bakerlaw.com
Email: dshively@bakerlaw.com
Email: jdunnaback@bakerlaw.com

F. Joseph Warin (*admitted pro hac vice*)
William S. Scherman (*admitted pro hac vice*)
Christopher W.H. Sullivan (*admitted pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Email: fwarin@gibsondunn.com
Email: wscherman@gibsondunn.com
Email: csullivan@gibsondunn.com

*Attorneys for Defendant Charles E. Jones*

Dated: October 30, 2020 /s/ John A. Favret (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: john.mccaffrey@tuckerellis.com
Email: john.favret@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on October 30, 2020. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Marjorie P. Duffy
Marjorie P. Duffy (0083452)

*One of the Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, Robert Reffner, and Ebony Yeboah-Amankwah and Nominal Defendant FirstEnergy Corp.*