

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Eric Lechtzin, Esq.*

DATE OF ADMISSION

*December 10, 1991*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: October 6, 2021

Patricia A. Johnson
Chief Clerk