IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ANDERSON, et al., <br><br> Defendants, <br><br> and <br><br> FIRSTENERGY CORP., <br><br> Nominal Defendant. | Case No. 5:20-cv-01743-JRA <br><br> Judge John R. Adams <br><br> Magistrate Judge Carmen E. Henderson |

### INITIAL DISCLOSURES OF DEFENDANT DENNIS M. CHACK

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Dennis M. Chack ("Mr. Chack") makes the following initial disclosures based on the information currently and reasonably available to him. Mr. Chack reserves the right to supplement or amend these initial disclosures pursuant to Federal Rule of Civil Procedure 26(e).

    **A.    Rule 26(a)(1)(A)(i): Individuals Likely To Have Discoverable Information That Mr. Chack May Use To Support His Defenses.**

Based on Mr. Chack's present understanding of the allegations in the Intervenors' Verified Shareholder Derivative Complaint ("Complaint") (ECF No. 75),[1] Mr. Chack identifies the following individuals as likely to have discoverable information that Mr. Chack may use to support

---

[1] Pursuant to the Court's September 30, 2021 order (ECF No. 124), the complaint filed by Plaintiffs Employees Retirement System of the City of St. Louis and Electrical Workers Pension Fund, Local 103, I.B.E.W. on June 3, 2021 (ECF No. 75) is the operative complaint in this action.

his defenses, unless the use would be solely for impeachment. In making the following disclosures, Mr. Chack does not intend to waive and hereby expressly reserves any legally applicable privilege with respect to the testimony of these individuals. This identification of individuals is based on Mr. Chack's reasonable investigation to date and is subject to revision based on subsequent developments in the proceedings.

The inclusion of a name on this list is not a statement by Mr. Chack that a named individual necessarily has discoverable information or that seeking discovery from such an individual would be appropriate; to the contrary, all such objections are preserved. This list does not include experts and/or consultants who might be retained. In making these disclosures, Mr. Chack does not waive his right to object, pursuant to the applicable Federal and Local Rules, to the deposition or other testimony of any individual or entity, including those identified below.

Each individual listed below is identified in the Complaint and in media coverage and may have information about, among other things, the statements or actions of FirstEnergy Corp. ("FirstEnergy"), the passage of House Bill 6, and/or other facts related to the allegations set forth in the Complaint. Mr. Chack does not presently have contact information for the non-parties identified below, but believes that it may be obtained from one or more of the other parties to this action.

1. Any parties to this matter (contact through counsel of record)
2. Larry Householder
3. Juan Cespedes
4. Matt Borges
5. The Estate of Neil Clark
6. Jeff Longstreth

    7.      Samuel Randazzo

In addition, Mr. Chack states that various other individuals may have discoverable information that Mr. Chack may use to support his defenses, including individuals identified in Plaintiffs' or in any other party's Rule 26(a)(1) initial disclosures, written discovery requests or responses, or in any amendment or supplement to the foregoing. Mr. Chack reserves the right to modify the foregoing list and to identify and call as witnesses additional persons if, during the course of discovery and investigation relating to this case, Mr. Chack learns that such additional persons have knowledge or information that Mr. Chack may use to support his defenses.

    **B.    Rule 26(a)(1)(A)(ii): Description Of Documents That Mr. Chack May Use To Support His Defenses.**

The following are descriptions, by category, of documents, data compilations, and tangible things that Mr. Chack may use to support its defenses in this lawsuit, unless the use would be solely for impeachment. This list of documents shall not be construed to imply or suggest that Mr. Chack has access to, custody, or control over any such documents.

1. Documents in the possession, custody, or control of FirstEnergy concerning the underlying factual allegations set forth in the Complaint;

2. Documents in other Defendants' possession, custody, or control concerning the underlying factual allegations set forth in the Complaint;

3. Documents in Plaintiffs' possession, custody, or control, concerning the underlying factual allegations set forth in the Complaint;

4. Public transcripts or recordings of statements concerning the underlying factual allegations set forth in the Complaint;

5. News articles, media reports, public filings, and other publications concerning the underlying factual allegations set forth in the Complaint; and

6. Documents referenced in and/or attached to filings in this action.

Mr. Chack incorporates by reference all documents, electronically stored information, and tangible things disclosed by Plaintiffs and co-Defendants in their respective Rule 26(a)(1)

3

disclosures, or in any amendment or supplement to any of the foregoing, to the extent they contain information that Mr. Chack may use to support his defenses. Mr. Chack reserves the right to object to the relevance or admissibility of any documents if offered by Plaintiffs for any purpose.

Mr. Chack's evaluation of documents relevant to this matter and information that he may use to support his defenses is ongoing, and Mr. Chack expressly reserves the right to supplement this identification of documents in accordance with the Federal and Local Rules. In addition to any documents that Mr. Chack produces, Mr. Chack may rely on publicly available documents and on documents produced by Plaintiffs, co-Defendants, or third parties to support his defenses. Mr. Chack makes this disclosure without waiver of any privileges or work product protection. Moreover, production of any of these documents does not constitute a waiver to any objection or an admission that they are necessarily relevant or otherwise admissible in evidence.

### C. Rule 26(a)(1)(A)(iii): Computation of Damages

Mr. Chack does not seek damages at this time, but reserves the right to assert any appropriate counterclaims or to seek available attorneys' fees and costs in an amount to be determined at the conclusion of this litigation.

### D. Rule 26(a)(1)(A)(iv): Insurance Agreements

The insurance policies providing coverage for Mr. Chack with respect to the claims alleged are in the custody and control of FirstEnergy.

### E. Reservation of Rights

Mr. Chack reserves the right to supplement and/or amend these disclosures, either through additional disclosures or through discovery responses. By making these initial disclosures, Mr. Chack in no way concedes the relevance or admissibility of any of the foregoing information, and

does not waive the assertion of any applicable privileges and/or other proper bases upon which information and/or documents may be withheld as discovery continues.

Dated:  October 25, 2021    Respectfully submitted,

*/s/ Laura H. McNally*

Douglas M. Mansfield (0063443)
LAPE MANSFIELD NAKASIAN & GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, OH  43065
Telephone:  (614) 763-2316
Email:  dmansfield@lmng-law.com

Michael L. Kichline (*pro hac vice*)
Laura H. McNally (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001
Email:  michael.kichline@morganlewis.com
Email:  laura.mcnally@morganlewis.com

*Attorneys for Defendant Dennis M. Chack*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2021, the foregoing was served via electronic mail upon the following:

Alan L. Rosca (0084100)
Goldman Scarlato & Penny, P.C.
23250 Chagrin Blvd., Ste. 100
Beachwood, OH 44122
Telephone: 216-570-0097
Email: rosca@lawgsp.com

Marc H. Edelson (*pro hac vice*)
Eric Lechtzin (*pro hac vice*)
EDELSON LECHTZIN LLP
3 Terry Drive, Ste. 205
Newtown, PA 18940
Telephone: 215-867-2399
Facsimile: 267-685-0676
Email: medelson@edelson-law.com
        elechtzin@edelson-law.com

Paul J. Scarlato (*pro hac vice* forthcoming)
Goldman Scarlato & Penny, P.C.
161 Washington Street, Ste. 1025
Conshohocken, PA 19428
Telephone: 484-342-0700
Email: scarlato@lawgsp.com

*Attorneys for Plaintiff Jennifer L. Miller*

Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: 216-586-3939
Facsimile: 216-579-0212
Email: gjritts@jonesday.com
        rfaxon@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
JONES DAY
325 John H. McConnell Blvd., Ste. 600
Columbus, OH 43215-5017
Telephone: 614-469-3939
Facsimile: 614-461-4198
Email: mpduffy@jonesday.com
        jbaumann@jonesday.com

*Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, and K. Jon Taylor*

Daniel R. Warren (0054595)
Carole S. Rendon (0070345)
Douglas Shively (0094065)
Jeremy S. Dunnaback (0098129)
BAKER & HOSTETLER LLP
127 Public Square, Ste. 2000
Cleveland, OH 44114
Telephone: 216-861-7420
Facsimile: 216-696-0740
Email: dwarren@bakerlaw.com
      crendon@bakerlaw.com
      dshively@bakerlaw.com
      jdunnaback@bakerlaw.com

Francis Joseph Warin (*pro hac vice*)
William S. Scherman (*pro hac vice*)
Jason J. Mendro (*pro hac vice*)
Christopher W.H. Sullivan (0084133)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: 202-887-3609
Facsimile: 202-530-9608
Email: fwarin@gibsondunn.com
      wscherman@gibsondunn.com
      jmendro@gibsondunn.com
      csullivan@gibsondunn.com

*Attorneys for Defendant Charles E. Jones*

John F. McCaffrey (0039486)
John A. Favret, III (0080427)
TUCKER ELLIS LLP
950 Main Avenue, Ste. 1100
Cleveland, OH 44113
Telephone: 216-592-5000
Facsimile: 216-592-5009
Email: john.mccaffrey@tuckerellis.com
      John.favret@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

Kerin L. Kaminski (0013522)
Karen L. Giffen (0042663)
Kathleen A. Nitschke (0073397)
GIFFEN & KAMINSKI
1300 East Ninth Street, Ste. 1600
Cleveland, OH 44114
Telephone: 216-621-5161
Facsimile: 216-621-2399
Email: kgiffen@thinkgk.com
      knitschke@thinkgk.com
      kkaminski@thinkgk.com

John G. Gleeson (*pro hac vice*)
Maeve O' Connor (*pro hac vice*)
Susan Reagan Gittes (*pro hac vice*)
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, New York 10022
Telephone: 212-909-6000
Facsimile: 212-909-6836
Email: jgleeson@debevoise.com
      mloconnor@debevoise.com
      srgittes@debevoise.com

*Attorneys for the Special Litigation Committee of the Board of Directors of Nominal Defendant First Energy Corporation*

Marcella L. Lape (0077803)
Gail E. Lee (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER, FLOM LLP
155 North Wacker Drive, Ste. 2700
Chicago, IL 60606
Telephone: 312-407-0700
Facsimile: 312-407-0711
Email: marcella.lape@skadden.com
      gail.lee@skadden.com

*Attorneys for Defendant Ebony Yeboah-Amankwah*

John C. Fairweather (0018216)
Lisa S. Delgrosso (0064938)
BROUSE MCDOWELL
388 South Main Street, Ste. 500
Akron, OH 44311
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: jfairweather@brouse.com
      ledelgrosso@brouse.com

Steven S. Scholes (*pro hac vice*)
David S. Rosenbloom (*pro hac vice*)
Paul Helms (*pro hac vice*)
MCDERMOTT, WILL, & EMERY, LLP
444 West Lake Street, Ste. 4000
Chicago, IL 60606-0029
Telephone: 312-372-2000
Facsimile: 312-984-7700
Email: sscholes@mwe.com
      drosenbloom@mwe.com
      phelms@mwe.com

*Attorney for Defendant Robert P. Reffner*

Jeroen Van Kwawegen (*pro hac vice*)
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1251 Avenue of the Americas, Ste. 44th Fl.
New York, NY 10020
Telephone: 212-554-1472
Email: jeroen@blbglaw.com

Thomas Curry (*pro hac vice*)
Saxena White P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-485-0480
Email: tcurry@saxenawhite.com

*Co-Lead Counsel for Intervenors*

Jeremy R. Teaberry (0082870)
Timothy D. Katsiff (*pro hac vice*)
David L. Axelrod (*pro hac vice*)
Emilia McKee Vassallo (*pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Fl.
Philadelphia, PA 19103-7599
Telephone: 215-665-8500
Facsimile: 215-864-8999
Email: teaberryj@ballardspahr.com
      katsifft@ballardspahr.com
      axelrodd@ballardspahr.com
      mckeevassallor@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

John C. Camillus (0077435)
LAW OFFICES OF JOHN C. CAMILLUS LLC
P.O. Box 141410
Columbus, OH 43214
Telephone: 614-992-1000
Facsimile: 614-559-6731
Email: jcamillus@camilluslaw.com

*Liason Counsel for Intervenors*

Richard A. Speirs
Amy R. Miller
Cohen Milstein Sellers & Toll LLC
88 Pine Street, Ste. 14th Fl.
New York, NY 10005
Telephone: 212-838-7797
Email: rspeirs@cohenmilstein.com
      amiller@cohenmilstein.com

*Additional Counsel for Intervenors*

/s/ *Laura H. McNally*
Laura H. McNally (*pro hac vice*)

*One of the attorneys for Defendant Dennis M. Chack*