IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) CASE NO. 5:20-cv-01743-JRA ) |
| MICHAEL J. ANDERSON, *et al.*, | ) JUDGE JOHN R. ADAMS ) |
|     Defendants. | ) ) |
| and | ) ) |
| FIRSTENERGY CORP., | ) ) |
|     Nominal Defendant. | ) |

## MICHAEL J. DOWLING'S JOINDER IN THE D&O DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), and for the applicable reasons more fully stated in The D&O Defendants' Motion for Protective Order (doc. #185) and Memorandum in Support (doc. #185-1), Michael J. Dowling ("Dowling") respectfully moves the Court to enter the proposed protective order, attached as Exhibit 1 (doc. # 185-2) to The D&O Defendants' Motion For Entry of Protective Order. Dowling notes that the proposed protective order containing the "Attorneys' Eyes Only" designation conforms to the Northern District's form order (see Local Rules, Appendix L, at n.2), it is consistent with the Court's direction at the Case Management Conference on November 8, 2021, and it is warranted because discovery in this case involves sensitive information that should be entitled to that heightened protection.

Dated: November 23, 2021                                   Respectfully submitted,

                                                        /s/John A. Favret
John A. Favret (0080427)
JOHN F. MCCAFFREY (0039486)
TUCKER ELLIS LLP
950 Main Avenue – Suite 1100
Cleveland, OH 44113
Tel:     216.592.5000
Fax:    216.592.5009
E-mail: john.mccaffrey@tuckerellis.com
         john.favret@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on November 23, 2021. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 */s/ John A. Favret*
John F. McCaffrey (0080427)
*One of the Attorneys for Defendant*
*Michael J. Dowling*