# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JENNIFER L. MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge John R. Adams |
| ) | |
| MICHAEL J. ANDERSON, *et al.*, ) | Case No. 5:20-cv-01743-JRA |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| FIRSTENERGY CORP., ) | |
| ) | |
| Nominal Defendant. ) | |

## **ORDER**

Consistent with this Court's instructions at the Case Management Conference held on November 8, 2021, all parties are hereby ORDERED to file to the docket their written settlement demand and responses, UNDER SEAL.

IT IS SO ORDERED.

*s/John R. Adams    12/8/2021*
United States District Judge
