# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JENNIFER L. MILLER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ANDERSON, *et al.*, | ) | Judge John R. Adams |
| | ) | |
| Defendants, | ) | Case No. 5:20-cv-01743-JRA |
| | ) | |
| and | ) | |
| | ) | |
| FIRSTENERGY CORP., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## THE D&O DEFENDANTS' FILING UNDER SEAL PURSUANT TO DOC. #197

Pursuant to this Court's order (Doc. #197), the D&O Defendants hereby submit as Exhibit A their response to plaintiffs' written settlement demand, both of which were required by the Court's case management scheduling order (Doc. #118). This document is authorized to be filed under seal by the Court's order dated December 8, 2021 (Doc. #197). *See* L.R. 5.2.

Dated: December 15, 2021

Respectfully submitted,

/s/ Geoffrey J. Ritts
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: gjritts@jonesday.com
Email: rfaxon@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
Email: mpduffy@jonesday.com
Email: jbaumann@jonesday.com

*Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, and K. Jon Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on December 15, 2021. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jordan M. Baumann
Jordan M. Baumann (0093844)

*One of the Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, and K. Jon Taylor*