IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, ) | CASE NO. 5:20-cv-01743-JRA |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | JUDGE JOHN R. ADAMS |
| v. ) | |
| ) | |
| MICHAEL J. ANDERSON, et al., ) | **STATUS REPORT BY MICHAEL J.** |
| ) | **DOWLING** |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| FIRSTENERGY CORP., ) | |
| ) | |
| Nominal Defendant. ) | |

Pursuant to the Case Management Plan (Doc. # 160), Defendant Michael J. Dowling ("Dowling"), by and through undersigned counsel, hereby submits his status report. Dowling reports herein on activities that specifically pertain to him. Since the Case Management Conference on November 8, 2021, Dowling reports:

- Dowling participated/engaged in ongoing discovery with the parties, discovery negotiations, and motion practice resulting, in part, in the Deposition Schedule (Doc. No. 192) and the entry of Protective Order (Doc. No. 195);

- Dowling served the parties with his first document production;

- Pursuant to this Court's Order (Doc. No. 197), Dowling filed his Supplemental Initial Disclosures (Doc. No. 172);

- Dowling issued two third party subpoenas;

- Pursuant to this Court's Order (Doc. No. 197), Dowling filed under seal his prior response to Plaintiff's written settlement demand (Doc. Nos. 208, 209);

- Dowling served his First Set of Interrogatories and Request for Production of Documents to Plaintiffs;

Further, Dowling has no pending motions. Dowling agreed to participate in a mediation on February 1, 2022. Due to the mediation currently scheduled for February 1, 2022, Dowling understands the parties are requesting that the Court reschedule the status conference set for January 31, 2022.

Dated:  December 23, 2021

Respectfully submitted,

*/s/ John A. Favret*
John F. McCaffrey (0039486)
John A. Favret (0080427)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel:  216.592.5000
Fax:  216.592.5009
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically on December 23, 2021. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              */s/ John A. Favret*
                              *One of the Attorneys for Defendant*
                              *Michael J. Dowling*