UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ANDERSON, *et al*.,<br><br>      Defendants,<br>  and<br><br>FIRSTENERGY CORP.,<br><br>      Nominal Defendant. | Case No. 5:20-cv-01743-JRA<br><br>Judge John R. Adams<br><br>Magistrate Judge Carmen E. Henderson |

**NOMINAL DEFENDANT FIRSTENERGY CORP.'S
<u>STATUS REPORT (PER ECF# 160)</u>**

Nominal Defendant FirstEnergy Corp. ("FirstEnergy"), by and through undersigned counsel, hereby submits this status report pursuant to the Court's instructions in Paragraph 8 of the Case Management Plan (ECF #160).

**1.    Discovery**

FirstEnergy has been diligently collecting and reviewing documents and has made several productions to Plaintiffs on a rolling basis, consisting of 292,209 pages produced to date. The completed rolling productions include the following:

| Production Date | Bates Range | Pages Produced |
|---|---|---|
| November 5, 2021 | FE_DERIV_0000001-FE_DERIV_0175728 | 175,728 |
| November 12, 2021 | FE_DERIV_0175729-FE_DERIV_0257363 | 81,635 |
| November 19, 2021 | FE_DERIV_0257364-FE_DERIV_0288164 | 30,801 |
| December 15, 2021 | FE_DERIV_0288165-FE_DERIV_0289245 | 1,081 |
| December 20, 2021 | FE_DERIV_0289246-FE_DERIV_0290314 | 1,069 |
| December 23, 2021 | FE_DERIV_0290315-FE_DERIV_0292209 | 1,895 |
| **Total Pages Produced** | | **292,209** |

The initial productions made by FirstEnergy consisted of documents that had been produced to the Department of Justice and the Securities and Exchange Commission in the course of those investigations. More recent productions include documents uniquely reviewed and considered for production in this case, including Board of Directors Materials and custodial text or mobile messages.

FirstEnergy has had many telephonic and written meet and confer communications with Plaintiffs' counsel. Through this process, agreements were reached with respect to many issues, including selection of search terms and custodians, prioritization of review and production of Board of Directors Materials, and a protocol for review of text or mobile message ESI.

FirstEnergy continues to discuss with Plaintiffs a privilege logging protocol that makes sense for its production. FirstEnergy believes that process is productive and plans to continue to work with Plaintiffs to address that issue.

FirstEnergy will continue to make rolling document productions, and it anticipates that Plaintiffs and FirstEnergy can continue to work productively on discovery.

**2. Settlement Discussions**

The Parties and Nominal Defendant FirstEnergy have recently agreed to participate in a mediation to be conducted by the Honorable Layn Phillips, a former federal judge and preeminent mediator of shareholder litigation matters, at his offices in California on February 1, 2022—the only sufficiently near-term date on which Judge Phillips was available to preside over a mediation. The Court previously set an in-person status conference for January 31, 2022 at 1:00 p.m. (ECF #160.) In light of the mediation now scheduled to occur the next day on the West Coast, the Parties and Nominal Defendant FirstEnergy respectfully request that the Court re-set the status conference for a date on or after February 4, 2022, at the Court's convenience.

3. **Motions that Have been Filed or Remained Pending**

The parties submitted a Joint Protocol for the Production of Documents and Electronically Stored Information to the Court on November 3, 2021 (ECF #155-2). FirstEnergy requests that the Court enter that Joint Protocol to facilitate the completion of discovery.

4. **Developments that Might Give Rise to a Request to Deviate from the Schedule**

In light of the mediation noted above, FirstEnergy agrees with the other parties' request to reset the status conference set for January 31. At this time, FirstEnergy is not aware of any other developments that might give rise to a request to deviate from the current schedule and is working towards meeting the deadlines set forth in the Court's Case Management Plan (ECF #160).

December 23, 2021

Respectfully submitted,

*/s/ Ann H. MacDonald*
Barry S. Hyman (*pro hac vice*)
Lawrence H. Heftman (*pro hac vice*)
Ann H. MacDonald
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
bhyman@schiffhardin.com
lheftman@schiffhardin.com
amacdonald@schiffhardin.com

*Attorneys for Defendant FirstEnergy Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

/s/ Ann H. MacDonald

*Attorney for Nominal Defendant FirstEnergy Corp.*