# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Jennifer L. Miller,** | } | |
| | } | **JUDGE JOHN R. ADAMS** |
| Plaintiff(s), | } | |
| | } | |
| vs. | } | NO.  5:20CV1743 |
| | } | |
| **Michael J. Anderson, et al.,** | } | |
| | } | **N O T I C E** |
| | } | |
| **Defendant(s)** | } | |

TAKE NOTICE that the above-entitled case has been scheduled for a TELEPHONE CONFERENCE on <u>January 10, 2022 at 1:00 p.m.</u>  Only counsel is required to participate. Plaintiff shall provide the parties and the court with a conference call-in number by close of business on or before January 7, 2021.

**DATE : January 3, 2022**            **SANDY OPACICH**
                                               **Clerk**


                            By     */s/ Jonathan Little*
                                   **Law Clerk to the**
                                   **Honorable John R. Adams**
                                   **(330) 252-6070**