Motion granted.  At this time, the Court intends to conduct both a telephone conference and an in-person status conference in this matter as schedule.  Plaintiff shall provide a call-in number as soon as possible for the telephone status conference.
/s/ John R. Adams
U.S. District Judge
1/27/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JENNIFER L. MILLER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ANDERSON, *et al.*, ) | Judge John R. Adams |
| ) | |
| Defendants, ) | Case No. 5:20-cv-01743-JRA |
| ) | |
| and ) | |
| ) | |
| FIRSTENERGY CORP., ) | |
| ) | |
| Nominal Defendant. ) | |

**JOINT MOTION FOR CLARIFICATION REGARDING STATUS CONFERENCE**

The parties respectfully submit this joint motion regarding the upcoming status conference in this matter.

1. On January 10, 2022, the Court held a telephonic status conference.  In advance of the January 10 conference, the parties filed status reports that, among other things, reported to the Court that the parties had agreed to mediate and that a mediation had been scheduled for February 1, 2022.  (*E.g.*, Doc. #228 at 7-8.)  In light of the mediation, the parties asked the Court to reschedule a status conference that had been scheduled for January 31, 2022.  (*See* Doc. #160.)

2. During the January 10 conference, the Court agreed to grant the parties' request to reschedule the January 31 conference, and did reschedule it for January 28, 2022, to the extent needed.  (*See* Doc. #235, Tr. at 35 ("If there is no issues, if you're able to clear up any discovery