# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JENNIFER L. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge John R. Adams |
| MICHAEL J. ANDERSON, *et al.*, | ) | |
| | ) | Case No. 5:20-cv-01743-JRA |
| Defendants, | ) | |
| | ) | JURY TRIAL DEMANDED |
| and | ) | |
| | ) | |
| FIRSTENERGY CORP., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**DEFENDANT REFFNER'S UNOPPOSED MOTION TO EXCUSE ATTENDANCE
AT THE FEBRUARY 7, 2022 STATUS CONFERENCE**

On January 25, 2022, this Court rescheduled the upcoming status conference in this matter for February 7, 2022. (Doc. #243.) The order provides that all counsel and parties must attend in person. Defendant Robert Reffner respectfully requests that he be excused from attending the upcoming February 7, 2022 status conference.

1. Counsel for Mr. Reffner will be in attendance and will have full authority to discuss all matters to be addressed at the status conference.

2. Prior to the Court's Order, Mr. Reffner scheduled a professional commitment in Florida that is difficult to reschedule.

3. Mr. Reffner understands the Court's desire that he attend his deposition in person, currently scheduled for March 7, 2022 in Akron, Ohio, and will do so.

4. Plaintiffs do not oppose this motion.

For these reasons, Mr. Reffner respectfully requests that the Court excuse him from attending the February 7, 2022 status conference.

Dated: January 28, 2022

*/s/ John Fairweather*
John C. Fairweather (0018216)
jfairweather@brouse.com
Lisa S. DelGrosso (0064938)
ldelgrosso@brouse.com
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601

Steven S. Scholes (admitted *pro hac vice*)
sscholes@mwe.com
David S. Rosenbloom (admitted *pro hac vice*)
drosenbloom@mwe.com
Paul Helms (admitted *pro hac vice*)
phelms@mwe.com
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Attorneys for Defendant Robert P. Reffner*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed electronically on January 28, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *John Fairweather*
John C. Fairweather (0018216)