UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jennifer L. Miller, | ) | CASE NO. 5:20CV1743 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | |
| Michael J. Anderson, et al., | ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |

The February 7, 2022 status conference scheduled in this matter is hereby continued to be rescheduled by future order of the Court. The parties' motions to excuse appearance are denied as moot.

IT IS SO ORDERED.

Dated: February 3, 2022  /s/ John R. Adams
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE