IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, | ) CASE NO. 5:20-cv-01743-JRA |
| Plaintiffs, | ) |
| v. | ) JUDGE JOHN R. ADAMS |
| MICHAEL J. ANDERSON, et al., | ) **STATUS REPORT BY MICHAEL J. DOWLING** |
| Defendants. | ) |
| and | ) |
| FIRSTENERGY CORP., | ) |
| Nominal Defendant. | ) |

Pursuant to the Case Management Plan (Doc. # 160), Defendant Michael J. Dowling ("Dowling"), by and through undersigned counsel, hereby submits his second status report. Dowling reports herein on activities that specifically pertain to him. Since filing his first status report on December 23, 2021, Dowling reports:

- Dowling responded to Plaintiffs' written discovery;

- Dowling produced his second document production;

- Dowling provided the parties with documents received from third party subpoenas;

- Dowling issued written discovery to FirstEnergy;

- Dowling issued and received Plaintiffs' responses to Dowling's written discovery;

- Dowling met and conferred with the parties to plan for scheduled depositions, including the parties discussed logistics and allocation of time for questioning deponents, which discussions are ongoing.

Further, Dowling has no pending motions. Dowling participated in the mediation held on February 1, 2022. Dowling is not aware of developments that may lead to a deviation in the schedule.

Dated:  February 7, 2022                                  Respectfully submitted,

*/s/ John A. Favret*
John F. McCaffrey (0039486)
John A. Favret (0080427)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel:  216.592.5000
Fax:  216.592.5009
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically on February 7, 2021. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ John A. Favret*
*One of the Attorneys for Defendant*
*Michael J. Dowling*

017496\000004\5383024.2