# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| JENNIFER L. MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge John R. Adams |
| ) | |
| MICHAEL J. ANDERSON, *et al.*, ) | Case No. 5:20-cv-01743-JRA |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| FIRSTENERGY CORP., ) | |
| ) | |
| Nominal Defendant. ) | |

## [PROPOSED] ORDER

This matter is before the Court on the unopposed joint motion of all parties to stay this action pending settlement proceedings. For good cause shown, the motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

_____
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE

Dated: February ___, 2022