# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JENNIFER L. MILLER, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ANDERSON, *et al.*, | )    Judge John R. Adams |
| | ) |
|     Defendants, | )    Case No. 5:20-cv-01743-JRA |
| | ) |
| and | ) |
| | ) |
| FIRSTENERGY CORP., | ) |
| | ) |
|     Nominal Defendant. | ) |

## RESPONSE TO ORDER OF MARCH 22, 2022

Plaintiff Jennifer L. Miller ("Miller") and Intervenor-Plaintiffs Employees' Retirement System of the City of St. Louis ("St. Louis"), Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103"), and Massachusetts Laborers Pension Fund ("MLPF") (collectively, "Plaintiffs") hereby submit the Affidavit attached as Exhibit 1 hereto in response to the Court's Order of March 22, 2022 (ECF No. 290).

Dated:  March 23, 2022                            Respectfully submitted,

                                                            */s/ John C. Camillus*
                                                             John C. Camillus

                                                             **LAW OFFICES OF JOHN C.**
                                                              **CAMILLUS LLC**
                                                             John C. Camillus (0077435)
                                                             P.O. Box 141410
                                                             Columbus, OH 43214
                                                             Phone: (614) 992-1000
                                                             jcamillus@camilluslaw.com

1

*Liaison Counsel for Intervenor Plaintiffs and Court-Appointed Liaison Counsel for Co-Lead Plaintiffs in the Southern District Action*

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White III
Lester R. Hooker
Dianne M. Pitre
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Phone: (561) 394-3399
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com

**SAXENA WHITE P.A.**
Thomas Curry
Tayler D. Bolton
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 485-0480
tcurry@saxenawhite.com
tbolton@saxenawhite.com

**SAXENA WHITE P.A.**
Steven B. Singer
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, NY 10606
Phone: (914) 437-8551
ssinger@saxenawhite.com
sdileo@saxenawhite.com

- and –

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jeroen van Kwawegen
Alla Zayenchik
Matthew Traylor
Margaret Sanborn-Lowing
1251 Avenue of the Americas
New York, NY 10020

Phone: (212) 554-1400
jeroen@blbglaw.com
alla.zayenchick@blbglaw.com
matthew.traylor@blbglaw.com
margaret.lowing@blbglaw.com

*Counsel for Intervenor Plaintiffs and Court-Appointed Co-Lead Counsel for Co-Lead Plaintiffs in the Southern District Action*

**COHEN MILSTEIN SELLERS**
   **& TOLL PLLC**
Steven J. Toll
Daniel S. Sommers
Molly Bowen
1100 New York Ave. NW, Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
mbowen@cohenmilstein.com

**COHEN MILSTEIN SELLERS**
   **& TOLL PLLC**
Christopher Lometti
Richard A. Speirs
Amy Miller
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838 7745
clometti@cohenmilstein.com
rspeirs@cohenmilstein.com
amiller@cohenmilstein.com

*Counsel for Intervenor Plaintiff Additional Plaintiff in the Southern District Action Massachusetts Laborers Pension Fund*

**EDELSON LECHTZIN LLP**
Marc H. Edelson
Eric Lechtzin
3 Terry Drive, Suite 205

3

                Newtown, PA 18940
                Telephone: (215) 867-2399
                Facsimile: (267) 685-0676
                medelson@edelson-law.com
                elechtzin@edelson-law.com

*Counsel for Plaintiff Jennifer Miller*

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys on record.

                                              */s/ John C. Camillus*
                                               John C. Camillus