UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jennifer L. Miller, | ) | CASE NO. 5:20CV1743 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | |
| Michael J. Anderson, et al., | ) | <u>ORDER</u> |
| | ) | |
| | ) | |
| Defendants. | ) | |

Within their February 22, 2022 responsive brief, Plaintiffs renewed their motion to stay this matter. To ensure the record is clear, the renewed motion is DENIED.

The parties shall apprise the Court in advance of any days and times that they seek to use the courthouse facilities to conduct depositions.

IT IS SO ORDERED.


Dated: <u>March 24, 2022</u>          <u>/s/ John R. Adams</u>
                                      JOHN R. ADAMS
                                      UNITED STATES DISTRICT JUDGE