IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, | ) CASE NO. 5:20-cv-01743-JRA |
| Plaintiffs, | ) |
| v. | ) JUDGE JOHN R. ADAMS |
| MICHAEL J. ANDERSON, et al., | ) **STATUS REPORT BY MICHAEL J. DOWLING** |
| Defendants. | ) |
| and | ) |
| FIRSTENERGY CORP., | ) |
| Nominal Defendant. | ) |

Pursuant to the Case Management Plan (Doc. # 160), Defendant Michael J. Dowling ("Dowling"), by and through undersigned counsel, hereby submits his third status report. Since filing his second status report on February 7, 2022, Dowling reports he has not issued additional discovery or produced additional documents during this period. Dowling has no pending motions before the Court. On February 9, 2022, the parties reached an agreement in principle to settle and release all shareholder derivative claims (*See* Doc. #273-1), including the cases before the United States District Court for the Southern District of Ohio (Case No. 2:20-cv-04813), the Summit County Court of Common Pleas (Case No. 2020-07-2107), and this Court. On February 10, 2022, the parties jointly moved to stay this action pending settlement proceedings. (Doc. # 273). On February 11, 2022, the Court denied the motion without prejudice. (Doc. # 274). On March 11, 2022, the Stipulation and Agreement of Settlement was fully executed and plaintiffs filed

their unopposed motion for preliminary approval of the settlement in the United States District Court for the Southern District of Ohio (Doc. # 170, Case No. 2:20-cv-04813).

Dated: March 24, 2022

Respectfully submitted,

*/s/ John A. Favret*
John F. McCaffrey (0039486)
John A. Favret (0080427)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel: 216.592.5000
Fax: 216.592.5009
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically on March 24, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>   */s/ John A. Favret*
>   *One of the Attorneys for Defendant*
>   *Michael J. Dowling*

017496\000004\5482839.1