Motion granted. Attorney Sullivan is hereby withdrawn from representing Defendant Jones.
/s/ John R. Adams
U.S. District Judge
3/25/2022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, derivatively on behalf of FIRSTENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ANDERSON, *et al.*,<br><br>Defendants. | Case No. 5:20-cv-01743-JRA<br><br>Judge John R. Adams<br><br>Magistrate Judge Carmen E. Henderson |

**DEFENDANT CHARLES E. JONES'S NOTICE OF WITHDRAWAL FOR ATTORNEY CHRISTOPHER W.H. SULLIVAN**

Pursuant to N.D. Ohio Civ. R. 83.9, Defendant Charles E. Jones hereby files this notice of withdrawal on behalf of Christopher W.H. Sullivan as one of his attorneys of record in this matter. Mr. Sullivan is leaving the law firm Gibson, Dunn & Crutcher LLP. Mr. Sullivan's withdrawal will cause no delay, as Defendant Charles E. Jones will continue to be represented by Carole S. Rendon, Daniel R. Warren, Douglas L. Shively, and Jeremy S. Dunnaback of Baker & Hostetler, LLP, as well as William Scherman, F. Joseph Warin, and Jason J. Mendro of Gibson, Dunn & Crutcher, LLP.