Motion granted.  Attorney Warin is hereby withdrawn from representing Defendant Jones.
/s/ John R. Adams
U.S. District Judge
3/25/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, derivatively on behalf of FIRSTENERGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ANDERSON, *et al.*,<br><br>Defendants. | Case No. 5:20-cv-01743-JRA<br><br>Judge John R. Adams<br><br>Magistrate Judge Carmen E. Henderson |

**MOTION BY F. JOSEPH WARIN TO WITHDRAW AS COUNSEL FOR DEFENDANT CHARLES E. JONES**

Pursuant to N.D. Ohio Civ. R. 83.9, the undersigned counsel respectfully move on behalf of F. Joseph Warin to withdraw as counsel for Defendant Charles E. Jones.  Mr. Warin's withdrawal will cause no delay, as Defendant Charles E. Jones will continue to be represented by Carole S. Rendon, Daniel R. Warren, George A. Stamboulidis, Douglas L. Shively, and Jeremy S. Dunnaback of Baker & Hostetler, LLP, as well as William Scherman, Robert K. Hur, Jason J. Mendro, and Jason R. Meltzer of Gibson, Dunn & Crutcher, LLP.