IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JENNIFER L. MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MICHAEL J. ANDERSON, *et al.*, | ) Judge John R. Adams ) |
| Defendants, | ) Case No. 5:20-cv-01743-JRA ) |
| and | ) ) |
| FIRSTENERGY CORP., | ) ) |
| Nominal Defendant. | ) |

**MOTION OF ATTORNEY DAVID S. ROSENBLOOM TO WITHDRAW AS COUNSEL FOR DEFENDANT ROBERT REFFNER**

Pursuant to Rule 83.9 of the Local Rules for the Northern District of Ohio, Attorney David S. Rosenbloom moves to withdraw as counsel for Defendant Robert Reffner. Attorney Rosenbloom is leaving the law firm of McDermott Will & Emery LLP to assume an in-house position; and, as a result, it will no longer be possible for him to continue to represent Mr. Reffner in this matter. Mr. Reffner has been notified of Attorney Rosenbloom's withdrawal. No delay will result from the withdrawal as Mr. Reffner will continue to be represented by Steven Scholes and Paul Helms of McDermott Will & Emery LLP who have been admitted *pro hac vice* in this matter, and John Fairweather and Lisa DelGrosso of Brouse McDowell LPA.

    Respectfully submitted,

    /s/ John C. Fairweather
    John C. Fairweather (0018216)
    Lisa S. DelGrosso (0064938)
    BROUSE McDOWELL
    388 South Main Street, Suite 500
    Akron, Ohio 44311

>Telephone: (330) 535-5711
>Facsimile: (330) 253-8601
>Email: jfairweather@brouse.com
>Email: ldelgrosso@brouse.com
>
>Steven S. Scholes (admitted *pro hac vice*)
>David S. Rosenbloom (admitted *pro hac vice*)
>Paul Helms (admitted *pro hac vice*)
>MCDERMOTT WILL & EMERY LLP
>444 West Lake Street, Suite 4000
>Chicago, IL 60606-0029
>Telephone: (312) 372-2000
>Facsimile: (312) 984-7700
>Email: sscholes@mwe.com
>Email: drosenbloom@mwe.com
>Email: phelms@mwe.com
>
>*Counsel for Defendant Robert P. Reffner*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on April 11, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>  /s/ John C. Fairweather_____
>  John C. Fairweather (0018216)

[1432913]