IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, | ) CASE NO. 5:20-cv-01743-JRA |
| Plaintiffs, | ) |
| v. | ) JUDGE JOHN R. ADAMS |
| MICHAEL J. ANDERSON, et al., | ) **STATUS REPORT BY MICHAEL J. DOWLING** |
| Defendants. | ) |
| and | ) |
| FIRSTENERGY CORP., | ) |
| Nominal Defendant. | ) |

Pursuant to the Case Management Plan (Doc. # 160), Defendant Michael J. Dowling ("Dowling"), by and through undersigned counsel, hereby submits his fourth status report. Since the filing of Dowling's third status report (Doc. # 293) on March 24, 2022, Dowling has not undertaken further discovery and Dowling has not filed any motions. As previously reported in Dowling's third status report, the parties reached an agreement in principle to settle all the shareholder derivative claims. Further, Dowling reported that the Stipulation and Agreement of Settlement was fully executed and the Plaintiffs filed their unopposed motion for preliminary approval of the settlement in the United States District Court for the Southern District of Ohio (Case No. 2:20-cv-04813, Doc. # 170). On May 9, 2022, the Southern District Court granted Plaintiffs' unopposed motion for preliminary settlement approval with modification noted therein. *Id.*, Doc. # 176, Page Id. # 2857.

Dated: May 9, 2022                             Respectfully submitted,

*/s/ John A. Favret*
John F. McCaffrey (0039486)
John A. Favret (0080427)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel:  216.592.5000
Fax:  216.592.5009
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on May 9, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ John A. Favret*
*One of the Attorneys for Defendant Michael J. Dowling*

2