IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JENNIFER L. MILLER, *et. al.*, | ) CASE NO. 5:20-CV-1743-JRA |
| *Plaintiffs*, | ) JUDGE JOHN R. ADAMS |
| v. | ) |
| MICHAEL J. ANDERSON, *et. al.*, | ) |
| *Defendants*, | ) |
| and | ) |
| FIRSTENERGY CORP., | ) |
| *Nominal Defendant.* | ) |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, Defendants and the Special Litigation Committee of Nominal Defendant FirstEnergy Corp. (the "SLC"), jointly move to dismiss this derivative action without prejudice, in light of the pendency of the settlement proceedings that are currently underway in the related Southern District of Ohio action (the "Settlement"). No party opposes this motion.

As set forth in the accompanying memorandum of law, the Settlement provides for substantial benefits to FirstEnergy: a $180 million monetary payment, less court-approved attorneys' fees, and agreed-upon corporate governance reforms. The proposed Settlement has been submitted for approval pursuant to Federal Rule of Civil Procedure 23.1 to Judge Marbley

1

in the Southern District of Ohio, who is presiding over a virtually identical derivative action. On May 9, 2022, Judge Marbley granted preliminary approval of the Settlement, setting a schedule for public notice and objections by shareholders, and, on May 12, 2022, set a final approval hearing on August 4, 2022. If final approval is granted, the Settlement will fully and finally release all derivative claims against Defendants stemming from the matters alleged in any of the pending derivative actions.

    The parties submit that there is no reason for this Action to proceed while that process is ongoing. Nor will any shareholder or the Company itself be harmed if the Northern District Action is dismissed as the requested dismissal would be without prejudice, permitting further pursuit of the claims if the Settlement is not finally approved by the Southern District Court.

Dated: June 10, 2022

Respectfully Submitted,

/s/ John C. Camillus (with permission)
John C. Camillus
LAW OFFICES OF JOHN C. CAMILLUS LLC
John C. Camillus (0077435)
P.O. Box 141410
Columbus, OH 43214
Phone: (614) 992-1000
jcamillus@camilluslaw.com

*Liaison Counsel for Intervenor Plaintiffs and Court-Appointed Liaison Counsel for* Co- *Lead Plaintiffs in the Southern District Action*

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White III
Lester R. Hooker
Dianne M. Pitre
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Phone: (561) 394-3399

/s/ John Gleeson
John Gleeson (admitted *pro hac vice*)
Maeve O'Connor (admitted *pro hac vice*)
Susan Reagan Gittes (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
E-Mail: mloconnor@debevoise.com
E-Mail: jgleeson@debevoise.com
E-Mail: srgittes@debevoise.com

Kerin Lyn Kaminski (0013522)
Karen L. Giffen (0042663)
Kathleen A. Nitschke (0073397)
GIFFEN & KAMINSKI, LLC
1300 East Ninth Street, Suite 1600
Cleveland, OH 44114
Telephone: (216) 621-5161
Facsimile: (216) 621-2399

msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com

**SAXENA WHITE P.A.**
Thomas Curry
Tayler D. Bolton
1000 N. West Street, Suite 1200 Wilmington, DE 19801 Phone: (302) 485-0480
tcurry@saxenawhite.com
tbolton@saxenawhite.com

**SAXENA WHITE P.A.**
Steven B. Singer
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, NY 10606
Phone: (914) 437-8551
ssinger@saxenawhite.com
sdileo@saxenawhite.com

- and –

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jeroen van Kwawegen
Alla Zayenchik
Matthew Traylor
Margaret Sanborn-Lowing
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1400
jeroen@blbglaw.com
alla.zayenchik@blbglaw.com
matthew.traylor@blbglaw.com
margaret.lowing@blbglaw.com

*Counsel for Intervenor Plaintiffs and Court-Appointed Co-Lead Counsel for Co-Lead Plaintiffs in the Southern District Action*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Daniel S. Sommers
Molly Bowen

E-Mail: kkaminski@thinkgk.com
E-Mail: kgiffen@thinkgk.com
E-Mail: knitschke@thinkgk.com

*Attorneys for the Special Litigation Committee of the Board of Directors of Nominal Defendant FirstEnergy Corp.*

/s/ Geoffrey J. Ritts (with permission)
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: gjritts@jonesday.com
Email: rfaxon@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
Email: mpduffy@jonesday.com
Email: jbaumann@jonesday.com

*Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, and K. Jon Taylor*

/s/ Daniel R. Warren (with permission)
Daniel R. Warren (0054595)
Carole S. Rendon (0070345)
Douglas L. Shively (0094065)
Jeremy S. Dunnaback (0098129)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000

1100 New York Ave. NW, Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
mbowen@cohenmilstein.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Christopher Lometti
Richard A. Speirs
Amy Miller
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838 7745
clometti@cohenmilstein.com
rspeirs@cohenmilstein.com
amiller@cohenmilstein.com

*Counsel for Intervenor Plaintiff Additional Plaintiff in the Southern District Action Massachusetts Laborers Pension Fund*

/s/ Marc H. Edelson (with permission)
EDELSON LECHTZIN LLP
Marc H. Edelson (admitted *pro hac vice*)
Eric Lechtzin (admitted *pro hac vice*)
3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
medelson@edelson-law.com
elechtzin@edelson-law.com

GOLDMAN SCARLATO & PENNY, PC
Alan L. Rosca (OBN 0084100)
23250 Chagrin Blvd., Suite 100
Beachwood, OH 44122
Telephone: (484) 342-0700
rosca@lawgsp.com
Paul J. Scarlato
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Telephone: (484) 342-0700

Cleveland, OH 44114-1214 Telephone: (216) 621-0200 Facsimile: (216) 696-0740
Email: dwarren@bakerlaw.com Email: crendon@bakerlaw.com Email: dshively@bakerlaw.com Email: jdunnaback@bakerlaw.com

F. Joseph Warin (*admitted pro hac vice*)
William S. Scherman (*admitted pro hac vice*)
Jason J. Mendro (*admitted pro hac vice*) Jason R. Meltzer (*admitted pro hac vice*) GIBSON, DUNN & CRUTCHER LLP 1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Email: fwarin@gibsondunn.com Email: wscherman@gibsondunn.com Email: jmendro@gibsondunn.com
Email: jmeltzer@gibsondunn.com

*Attorneys for Defendant Charles E. Jones*

/s/ John F. McCaffrey (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: john.mccaffrey@tuckerellis.com
Email: john.favret@tuckerellis.com
Email: hannah.smith@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

/s/ John C. Fairweather (with permission)
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH 44311
Telephone: (330) 535-5711

scarlato@lawgsp.com

*Counsel for Plaintiff Jennifer L. Miller*

Facsimile: (330) 253-8601
Email: jfairweather@brouse.com
Email: ldelgrosso@brouse.com

Steven S. Scholes (admitted *pro hac vice*)
David S. Rosenbloom (admitted *pro hac vice*)
Paul Helms (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: sscholes@mwe.com
Email: drosenbloom@mwe.com
Email: phelms@mwe.com

*Attorneys for Defendant Robert P. Reffner*

/s/ Marcella L. Lape (with permission)
Marcella L. Lape (0077803)
Gail Lee (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
 FLOM LLP
155 N. Wacker Dr. Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
Email: marcie.lape@skadden.com
Email: gail.lee@skadden.com

*Attorneys for Defendant Ebony Yeboah-Amankwah*

/s/ Douglas M. Mansfield (with permission)
Douglas M. Mansfield (0063443)
LAPE MANSFIELD NAKASIAN
& GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone: (614) 763-2316
E-Mail: dmansfield@lmng-law.com

Michael L. Kichline (admitted *pro hac vice*)
Laura H. McNally (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP

        1701 Market Street
        Philadelphia, PA 19103-2921
        Telephone: (215) 963-5000
        Facsimile: (215) 963-5001
        E-Mail: michael.kichline@morganlewis.com
        E-Mail: laura.mcnally@morganlewis.com

        *Attorneys for Defendant Dennis Chack*

        <u>/s/ Jeremy R. Teaberry (with permission)</u>
        BALLARD SPAHR
        Jeremy R. Teaberry (0082870)
        Timothy D. Katsiff (admitted pro hac vice) David
        L. Axelrod (admitted pro hac vice)
        Emilia McKee Vassallo (admitted pro hac vice)
        1735 Market Street, 51st Floor Philadelphia, PA
        19103-7599 Telephone: (215) 665-8500
        Facsimile: (215) 864-8999
        Email: teaberryj@ballardspahr.com
        Email: katsifft@ballardspahr.com
        Email: axelrodd@ballardspahr.com
        Email: mckeevassalloe@ballardspahr.com

        *Attorneys for Defendant James F. Pearson*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022 a copy of the foregoing *Motion to Dismiss* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

/s/ John Gleeson
John Gleeson
Maeve O'Connor
Susan Gittes
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  212-909-6000
Facsimile:  212-909-6836
E-Mail:  jgleeson@debevoise.com
mloconnor@debevoise.com
srgittes@debevoise.com

***Counsel for the Special Litigation Committee of the Board of Directors of Nominal Defendant FirstEnergy Corp.***