IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, | ) CASE NO. 5:20-cv-01743-JRA |
| Plaintiffs, | ) |
| v. | ) JUDGE JOHN R. ADAMS |
| MICHAEL J. ANDERSON, et al., | ) **STATUS REPORT BY MICHAEL J.** |
| Defendants. | ) **DOWLING** |
| and | ) |
| FIRSTENERGY CORP., | ) |
| Nominal Defendant. | ) |

Pursuant to the Case Management Plan (Doc. # 160), Defendant Michael J. Dowling ("Dowling"), by and through undersigned counsel, hereby submits his fifth status report. Since the filing of Dowling's fourth status report (Doc. # 312) on May 9, 2022, Dowling has not undertaken further discovery. On June 10, 2022, the parties filed a joint motion to dismiss without prejudice this derivative action in light of the pendency of the settlement proceedings that are currently underway in the related Southern District of Ohio action. (Doc. # 320).

Dated: June 23, 2022            Respectfully submitted,

                                           */s/ John A. Favret*
John F. McCaffrey (0039486)
John A. Favret (0080427)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel:  216.592.5000
Fax:  216.592.5009
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on June 23, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           */s/ John A. Favret*
*One of the Attorneys for Defendant*
*Michael J. Dowling*

017496\000004\5482839.7