IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JENNIFER MILLER, et al., | ) | |
| | ) | |
| | ) | CASE NO. 5:20-CV-01743 |
| Plaintiffs, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL J. ANDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT NOTICE**
**PURSUANT TO JULY 13, 2022 ORDER**

Plaintiffs, Defendants and the Special Litigation Committee of Nominal Defendant FirstEnergy Corp. (collectively, the "Parties") submit this joint notice pursuant to the Court's Order of July 13, 2022 (ECF No. 332, the "Order").

Following issuance of the Order, the parties met and conferred regarding provision of the Order to the Attorney General of Ohio and to FirstEnergy shareholders for whom the company has a means of electronic communication.  Following such meeting and conferring, FirstEnergy provided notice of the Order, including a copy of the Order, by email to shareholders for whom it has email addresses and to banks and brokerages for which FirstEnergy's proxy solicitor was able to obtain email addresses.  The Intervenor-Plaintiffs provided notice of the Order, including a copy of the Order, by emailed correspondence to the Attorney General of Ohio as well as to counsel for two other putative FirstEnergy stockholders: the City of Philadelphia Board of Pensions and Retirement (which previously moved unsuccessfully to lead the parallel derivative suit pending in the U.S. District Court for the Southern District of Ohio) and Todd Augenbaum (whose counsel previously contacted counsel for the Parties concerning an aspect of the pending settlement).

Additionally, notice and a copy of the Order have been posted to the website established by the Intervenor-Plaintiffs in connection with the pending settlement. The Parties further note that the Order received significant coverage in numerous press outlets such as *Reuters*[1] and *Cleveland*.com.[2]

Dated: July 20, 2022

<div align="center">Respectfully submitted,</div>

<div style="display:flex">

*/s/ John C. Camillus*
John C. Camillus

LAW OFFICES OF JOHN C.
  CAMILLUS LLC
John C. Camillus (0077435)
P.O. Box 141410
Columbus, OH 43214
Phone: (614) 992-1000
jcamillus@camilluslaw.com

*Liaison Counsel for Intervenor Plaintiffs and Court-Appointed Liaison Counsel for Co-Lead Plaintiffs in the Southern District Action*

SAXENA WHITE P.A.
Maya Saxena
Lester R. Hooker
Dianne M. Pitre
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Phone: (561) 394-3399
msaxena@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com

/s/ Geoffrey J. Ritts (with permission)
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: gjritts@jonesday.com
Email: rfaxon@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
Email: mpduffy@jonesday.com
Email: jbaumann@jonesday.com

*Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N.*

</div>

---

[1] Alison Frankel, "*FirstEnergy settlement be damned, judge orders new plaintiffs' lawyers*," REUTERS (July 15, 2022) (https://www.reuters.com/legal/litigation/firstenergy-settlement-be-damned-judge-orders-new-plaintiffs-lawyers-2022-07-14/).

[2] Adam Ferrise, "*Federal judge removes FirstEnergy attorneys in shareholder lawsuit, asks for applications to replace them*," CLEVELAND.COM (July 13, 2022) (https://www.cleveland.com/court-justice/2022/07/federal-judge-removes-firstenergy-attorneys-in-shareholder-lawsuit-asks-for-applications-to-replace-them.html).

SAXENA WHITE P.A.
Thomas Curry
Tayler D. Bolton
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 485-0480
tcurry@saxenawhite.com
tbolton@saxenawhite.com

SAXENA WHITE P.A.
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, NY 10606
Phone: (914) 437-8551
sdileo@saxenawhite.com

- and –

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
Jeroen van Kwawegen
Alla Zayenchik
Margaret Sanborn-Lowing
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1400
jeroen@blbglaw.com
alla.zayenchick@blbglaw.com
margaret.lowing@blbglaw.com

*Counsel for Intervenor Plaintiffs and Court-Appointed Co-Lead Counsel for Co-Lead Plaintiffs in the Southern District Action*

COHEN MILSTEIN SELLERS
  & TOLL PLLC
Steven J. Toll
Daniel S. Sommers
Molly Bowen
1100 New York Ave. NW, Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com

*Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, and K. Jon Taylor*

/s/ Daniel R. Warren (with permission)
Daniel R. Warren (0054595)
Carole S. Rendon (0070345)
Douglas L. Shively (0094065)
Jeremy S. Dunnaback (0098129)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740
Email:  dwarren@bakerlaw.com
Email:  crendon@bakerlaw.com
Email:  dshively@bakerlaw.com
Email:  jdunnaback@bakerlaw.com

Albert G. Lin (0076888)
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, OH  43215
Telephone:  (614) 228-1541
Facsimile:  (614) 462-2616
Email:  alin@bakerlaw.com

George A. Stamboulidis (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4211
Facsimile:  (212) 589-4201
Email:  gstamboulidis@bakerlaw.com

William S. Scherman (admitted *pro hac vice*)
Jason J. Mendro (admitted *pro hac vice*)
Jason R. Meltzer (admitted *pro hac vice*)
Robert K. Hur (admitted pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306

mbowen@cohenmilstein.com

COHEN MILSTEIN SELLERS
   & TOLL PLLC
Christopher Lometti
Richard A. Speirs
Amy Miller
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838 7745
clometti@cohenmilstein.com
rspeirs@cohenmilstein.com
amiller@cohenmilstein.com

*Counsel for Intervenor Plaintiff Additional
Plaintiff in the Southern District Action
Massachusetts
Laborers Pension Fund*

EDELSON LECHTZIN LLP
Marc H. Edelson
Eric Lechtzin
3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
medelson@edelson-law.com
elechtzin@edelson-law.com

*Counsel for Plaintiff Jennifer Miller*

/s/ John Gleeson
John Gleeson (admitted Pro Hac Vice)
Susan Reagan Gittes (admitted Pro Hac Vice)
Maeve O'Connor (admitted Pro Hac Vice)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  212-909-6000
Facsimile:  212-909-6836
Email: jgleeson@debevoise.com
Email: mloconnor@debevoise.com

Email: srgittes@debevoise.com

Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
Email:  wscherman@gibsondunn.com
Email:  jmendro@gibsondunn.com
Email:  jmeltzer@gibsondunn.com
Email:  rhur@gibsondunn.com

*Attorneys for Defendant Charles E. Jones*

/s/ John F. McCaffrey (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH  44113
Telephone:  216.592.5000
Facsimile:  216.592.5009
Email:  john.mccaffrey@tuckerellis.com
Email:  john.favret@tuckerellis.com
Email:  hannah.smith@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

/s/ John C. Fairweather (with permission)
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH 44311
Telephone:  (330) 535-5711
Facsimile:  (330) 253-8601
Email:  jfairweather@brouse.com
Email:  ldelgrosso@brouse.com

Steven S. Scholes (admitted *pro hac vice*)
Paul Helms (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
Email:  sscholes@mwe.com
Email:  phelms@mwe.com

Kerin Lyn Kaminski (0013522)
Karen L. Giffen (0042663)
Kathleen A. Nitschke (0073397)
GIFFEN & KAMINSKI, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone: 216-621-5161
Facsimile:  216-621-2399
E-Mail: kkaminski@thinkgk.com
E-Mail: kgiffen@thinkgk.com
E-Mail: knitschke@thinkgk.com

*Counsel for the Special Litigation Committee of the Board of Directors of Nominal Defendant FirstEnergy Corp.*

*Attorneys for Defendant Robert P. Reffner*

/s/ Marcella L. Lape (with permission)
Marcella L. Lape (0077803)
Gail Lee (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
155 N. Wacker Dr. Suite 2700
Chicago, IL 60606
Email:  marcie.lape@skadden.com
Email:  gail.lee@skadden.com

*Attorneys for Defendant Ebony Yeboah-Amankwah*

/s/ Jeremy R. Teaberry (with permission)
Jeremy R. Teaberry (0082870)
Timothy D. Katsiff (admitted *pro hac vice*)
David L. Axelrod (admitted *pro hac vice*)
Emilia McKee Vassallo (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone:  (215) 665-8500
Facsimile:  (215) 864-8999
Email:  teaberryj@ballardspahr.com
Email:  katsifft@ballardspahr.com
Email:  axelrodd@ballardspahr.com
Email:  mckeevassalloe@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

/s/ Douglas N. Mansfield (with permission)
Douglas M. Mansfield (0063443)
LAPE MANSFIELD NAKASIAN
& GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, Ohio  43065
Telephone:  (614) 763-2316
Email:  dmansfield@lmng-law.com

Michael L. Kichline (admitted *pro hac vice*)

Laura H. McNally (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania  19103-2921
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001
Email:  michael.kichline@morganlewis.com
Email:  laura.mcnally@morganlewis.com

*Attorneys for Defendant Dennis Chack*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

*/s/ John C. Camillus*

John C. Camillus (0077435)