UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jennifer L. Miller, | ) | CASE NO. 5:20CV1743 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | |
| Michael J. Anderson, et al., | ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |

As previously noted, the Court has received letters of interest from five law firms seeking appointment as lead counsel in this matter. In an effort to assist the Court, these applicants are instructed to provide filings that include a description of what they believe will be the subjects on which discovery is to be sought, the nature and extent of discovery, any potential problems that may arise with discovery, the possible use of experts to aid in discovery or litigation, and the dates by which they believe discovery could be completed. As the applicants have not yet been added to the docket, they may submit their statements to the Court's staff via email, and the Court will thereafter docket them for review by the existing counsel in the matter. The Court orders that these statements be received by no later than August 5, 2022.

    IT IS SO ORDERED.


Dated: July 29, 2022                                   */s/ John R. Adams*
                                                                                       JOHN R. ADAMS
                                                                                       UNITED STATES DISTRICT JUDGE