IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JENNIFER MILLER, | |
| Plaintiff, | |
| v. | |
| MICHAEL J. ANDERSON, *et al.*, | Judge John R. Adams |
| Defendants, | Case No. 5:20-cv-01743-JRA |
| and | |
| FIRSTENERGY CORP., | |
| Nominal Defendant. | |

**STATUS REPORT OF DEFENDANT CHARLES E. JONES**

Pursuant to the Court's Case Management Plan (ECF 160), Counsel for Mr. Jones provides the following status report covering the period of June 23, 2022 through August 8, 2022:

**Settlement proceedings.** As previously reported, on February 9, 2022, the parties reached an agreement in principle to settle and release all derivative claims related to the subject matter of this action, which claims are simultaneously pending in the United States District Court for the Southern District of Ohio, the Summit County Court of Common Pleas, and this Court. On March 11, 2022, the settlement stipulation was fully executed and plaintiffs filed their unopposed motion for preliminary approval of the settlement in the United States District Court for the Southern District of Ohio (Case No. 2:20-cv-04813, ECF 170). Judge Marbley granted plaintiffs' motion for preliminary approval of the settlement with modification on May 9, 2022. (*Id.*, ECF 176.) Plaintiffs filed their motion for final approval of the settlement on July 7, 2022. (*Id.*, ECF 179.) A fairness hearing was held on August 4, 2022. (*Id.*, ECF 193.)

**Discovery**. Mr. Jones has not produced additional documents or issued new discovery

requests in the period covered by this status report.

**Motions.** On July 5, 2022, the Court denied the parties' joint motion to dismiss without prejudice. (ECF 331). No other motions by Mr. Jones have been filed or are pending for the period covered by this status report.

Date: August 8, 2022                                        Respectfully submitted,

/s/ Douglas L. Shively
Daniel R. Warren (0054595)
Carole S. Rendon (0070345)
Douglas L. Shively (0094065)
Jeremy S. Dunnaback (0098129)
Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
T: (216) 621-0200
F: (216) 696-0740
dwarren@bakerlaw.com
crendon@bakerlaw.com
dshively@bakerlaw.com
jdunnaback@bakerlaw.com

George A. Stamboulidis
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
T: (212) 589-4211
F: (212) 589-4201
gstamboulidis@bakerlaw.com

Albert G. Lin
Baker & Hostetler LLP
200 Civic Center Drive,
Suite 2000
Columbus, OH 43215
T: (614) 462-4732
F: (614) 462.2616
alin@bakerlaw.com

William S. Scherman (*admitted pro hac vice*)
Jason J. Mendro (*admitted pro hac vice*)
Jason R. Meltzer (*admitted pro hac vice*)

        Robert K. Hur (*admitted pro hac vice*)
        GIBSON, DUNN & CRUTCHER LLP
        1050 Connecticut Avenue, N.W.
        Washington, D.C. 20036-5306
        Telephone: (202) 955-8500
        Facsimile: (202) 467-0539
        wscherman@gibsondunn.com
        jmendro@gibsondunn.com
        jmeltzer@gibsondunn.com
        rhur@gibsondunn.com

        *Counsel for Defendant Charles E. Jones*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically on August 8, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      */s/ Douglas L. Shively*

                                      *Counsel for Defendant Charles E. Jones*