IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JENNIFER L. MILLER, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| MICHAEL J. ANDERSON, *et al.*, | ) ) | Judge John R. Adams |
| Defendants, | ) ) | Case No. 5:20-cv-01743-JRA |
| and | ) ) | |
| FIRSTENERGY CORP., | ) ) | |
| Nominal Defendant. | ) | |

## MOTION FOR DISCLOSURE OF EX PARTE COMMUNICATIONS AND INDEPENDENT RESEARCH BY THE COURT

To ensure fairness and transparency in the proceedings here, the undersigned parties respectfully request that the Court make full disclosure of all past ex parte communications and any independent investigation engaged in by the Court or its staff, as required by Sixth Circuit case law and the Code of Judicial Conduct, and not entertain any future ex parte communications or engage in future independent investigation. The parties further request that the Court not take further action in this matter until those disclosures have been made and the parties have an opportunity to respond.

The factual and legal grounds for this motion are more fully set forth in the accompanying memorandum in support.

Dated:  August 20, 2022

/s/ Kathleen A. Nitschke (with permission)
Kerin Lyn Kaminski (0013522)
Karen L. Giffen (0042663)
Kathleen A. Nitschke (0073397)
GIFFEN & KAMINSKI, LLC
1300 East Ninth Street, Suite 1600
Cleveland, OH 44114
Telephone: (216) 621-5161
Facsimile: (216) 621-2399
Email:  kkaminski@thinkgk.com
Email:  kgiffen@thinkgk.com
Email:  knitschke@thinkgk.com

Maeve O'Connor (admitted *pro hac vice*)
John Gleeson (admitted *pro hac vice*)
Susan Reagan Gittes (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON, LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile:  (212) 909-6836
Email:  mloconnor@debevoise.com
Email:  jgleeson@debevoise.com
Email:  srgittes@debevoise.com

*Attorneys for the Special Litigation Committee of the Board of Directors of Nominal Defendant FirstEnergy Corp.*

Respectfully submitted,

/s/ Geoffrey J. Ritts
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Email:  gjritts@jonesday.com
Email:  rfaxon@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio  43215
Telephone:  (614) 469-3939
Facsimile:  (614) 461-4198
Email:  mpduffy@jonesday.com
Email:  jbaumann@jonesday.com

*Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, and K. Jon Taylor*

/s/ Jeremy R. Teaberry (with permission)
Jeremy R. Teaberry (0082870)
Timothy D. Katsiff (admitted *pro hac vice*)
David L. Axelrod (admitted *pro hac vice*)
Emilia McKee Vassallo (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone:  (215) 665-8500
Facsimile:  (215) 864-8999
Email:  teaberryj@ballardspahr.com
Email:  katsifft@ballardspahr.com

Email: axelrodd@ballardspahr.com
Email: mckeevassalloe@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed electronically on August 20, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Marjorie P. Duffy
      Marjorie P. Duffy (0083452)

*One of the Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, and K. Jon Taylor*