UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jennifer L. Miller, | ) | CASE NO. 5:20CV1743 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | |
| Michael J. Anderson, et al., | ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |

Consistent with the Court's teleconference, any party seeking to object to the Court's appointment of Markovits, Stock & DeMarco, LLC ("MSD") and Abraham, Fruchter & Twersky LLP ("AFT") as lead counsel in this matter shall do so by no later than August 26, 2022. MSD/AFT may respond to any objections by no later than September 2, 2022. No reply shall be permitted.

Moreover, attached to this Order is correspondence the Court received from Edward Orr. Accompanying the correspondence appears to be the objection and documentation that Orr filed in the Southern District of Ohio. The Court will maintain the accompanying documentation in chambers for review by any interested person or entity.

IT IS SO ORDERED.

Dated: August 23, 2022         /s/ John R. Adams
                               JOHN R. ADAMS
                               UNITED STATES DISTRICT JUDGE