# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JENNIFER L. MILLER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ANDERSON, *et al.*, | ) | Judge John R. Adams |
| | ) | |
| Defendants, | ) | Case No. 5:20-cv-01743-JRA |
| | ) | |
| and | ) | |
| | ) | |
| FIRSTENERGY CORP., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## **DEFENDANTS' OBJECTION TO APPOINTMENT OF LEAD COUNSEL**

Pursuant to this Court's order (Doc. 352), Defendants submit this objection to the appointment of Markovits, Stock & DeMarco, LLC and Abraham, Fruchter & Twersky LLP (together, "Markovits/Abraham") as lead counsel in this matter.

Defendants join in the points made by the SLC (Doc. 356) and by Plaintiffs (Doc. 355), and make the following additional points.

<u>No justiciable controversy; no jurisdiction.</u> To start, there is no case or controversy here and therefore no Article III jurisdiction. By virtue of the final judgment entered in the Southern District action, this action is barred by res judicata and all settled claims in this action have become moot. (*See* Doc. 353 (parties' joint motion to dismiss with prejudice); 353-1 (order of final settlement approval; 353-2 (final judgment approving settlement and order of dismissal).) There is nothing for the Court to do other than dismiss this action. The Court lacks the power to take any other action, such as appointing lead counsel, where there is no justiciable controversy. *See, e.g.*, *Pettrey v. Enter. Title Agency, Inc.*, 584 F.3d 701, 702 (6th Cir. 2009) ("Given that the

plaintiffs have settled and released all of their claims against the defendants, this case is moot. Therefore, this appeal must be dismissed for lack of jurisdiction because there is no justiciable case or controversy under Article III of the Constitution.").

Undue delay. Markovits/Abraham have unduly delayed in seeking appointment as lead counsel in this matter. Markovits/Abraham moved to intervene in this action on behalf of stockholder Leslie Katz in October 2020—nearly two years ago. (Doc. 22.) That motion was denied in September 2021—nearly one year ago. (Doc. 117.) Markovits/Abraham took no further action at that time. In the meantime, on behalf of another stockholder, Todd Augenbaum (the would-be proposed intervenor here), Abraham submitted a pre-suit demand to the FirstEnergy board of directors in April 2021—one-and-a-half years ago.

Eight months ago, the parties publicly disclosed they had agreed to mediate these actions on February 1, 2022. (*E.g.*, Doc. 221; *see also, e.g.*, Doc. 265 (reporting occurrence of mediation).) Markovits/Abraham didn't try to get involved then. Over six months ago, the parties filed a joint motion to stay in light of the agreement in principle for a global settlement of all the derivative actions, including this one. (Doc. 273.) Again, Markovits/Abraham took no action at that time.

On August 15, 2022, the Court ordered Markovits/Abraham to file a motion to intervene "as soon as practicable." (Doc. 345.) Not until ten days later did Markovits/Abraham file that motion. (Defendants will oppose that motion by September 8, 2022, in accordance with Local Rule 7.1(d).)

In short, in the months and years since Markovits/Abraham have filed motions or otherwise sought to inject themselves in the proceedings here—whether on behalf of Augenbaum

or another FirstEnergy stockholder—they have never, in all that time, sought to be appointed lead counsel. Any attempt to do so now is far too late.

Undue prejudice. Relatedly, appointing Markovits/Abraham as lead counsel now would be unduly prejudicial to Defendants. The Southern District of Ohio has granted final approval of the global settlement and has entered a final judgment. That judgment precludes this action under hornbook principles of res judicata, and the releases in the settlement likewise bar the settled claims here. Markovits/Abraham have conceded this. *See Emps. Ret. Sys. of the City of St. Louis, et al. v. Jones, et al.*, No. 2:20-cv-04813 (S.D. Ohio), Doc. 181 at 13 ("If approved, [the settlement] would resolve not only every claim that would be barred by *res judicata* if this case proceeded to judgment, but also a panoply of other rights that are tangential to the Complaint.").

Comity and practical considerations. Moreover, appointing them as lead counsel here—or taking any action other than dismissing the case—would "frustrate the comity doctrine," inasmuch as it would "requir[e] two federal district courts and the parties to expend resources to resolve substantially similar claims and issues." *In re Google Inc.*, 588 F. App'x 988, 991-92 (Fed. Cir. 2014) (granting mandamus relief).

In addition, the Southern District has ordered that "FirstEnergy stockholders[] and anyone acting or purporting to act on behalf of FirstEnergy" are "forever barred and enjoined from commencing, instituting, or prosecuting any action or proceeding in any court, tribunal, or forum asserting" the claims that are the subject of the settlement (Doc. 353-2, ¶ 23), meaning that litigation activity undertaken by Markovits/Abraham as lead counsel would be in violation of that injunction.

Nor would appointment serve any practical purpose, even if there were a legal basis to appoint Markovits/Abraham as lead counsel (and there is not). Appointing new counsel to carry on with this mooted action to no end would unnecessarily burden the parties and waste their resources—including the resources of FirstEnergy, the putative beneficiary of this case. Likewise, appointing Markovits/Abraham to litigate this action would squander scarce judicial resources and taxpayer dollars. In short, there is nothing to be gained by appointing Markovits/Abraham as lead counsel and much to be wasted.

\* \* \*

For the reasons set forth in the submissions by the SLC and Plaintiffs, as well as those stated above, Defendants submit that the Court should not appoint Markovits/Abraham as lead counsel in this matter.

Dated: August 26, 2022

Respectfully submitted,

/s/ John F. McCaffrey (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: john.mccaffrey@tuckerellis.com
Email: john.favret@tuckerellis.com
Email: hannah.smith@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

/s/ John C. Fairweather (with permission)
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH 44311

/s/ Geoffrey J. Ritts
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: gjritts@jonesday.com
Email: rfaxon@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
Email: mpduffy@jonesday.com
Email: jbaumann@jonesday.com

Telephone: (330) 535-5711
Facsimile: (330) 253-8601
Email: jfairweather@brouse.com
Email: ldelgrosso@brouse.com

Stephen S. Scholes (admitted *pro hac vice*)
Paul M.G. Helms (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: sscholes@mwe.com
Email: phelms@mwe.com

*Attorneys for Defendant Robert P. Reffner*

/s/ Jeremy R. Teaberry (with permission)
Jeremy R. Teaberry (0082870)
Timothy D. Katsiff (admitted *pro hac vice*)
David L. Axelrod (admitted *pro hac vice*)
Emilia McKee Vassallo (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
Email: teaberryj@ballardspahr.com
Email: katsifft@ballardspahr.com
Email: axelrodd@ballardspahr.com
Email: mckeevassalloe@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

/s/ Marcella L. Lape (with permission)
Marcella L. Lape (0077803)
Gail Lee (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Dr. Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
Email: marcie.lape@skadden.com
Email: gail.lee@skadden.com

*Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, and K. Jon Taylor*

/s/ Carole S. Rendon (with permission)
Carole S. Rendon (0070345)
Douglas L. Shively (0094065)
Daniel R. Warren (0054595)
Jeremy Steven Dunnaback (0098129)
Baker & Hostetler LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: crendon@bakerlaw.com
Email: dshively@bakerlaw.com
Email: dwarren@bakerlaw.com
Email: jdunnaback@bakerlaw.com

Albert G. Lin (0076888)
Baker & Hostetler LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Email: alin@bakerlaw.com

George A. Stamboulidis (admitted *pro hac vice*)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4211
Facsimile: (212) 589-4201
Email: gstamboulidis@bakerlaw.com

William S. Scherman (admitted *pro hac vice*)
Jason J. Mendro (admitted *pro hac vice*)
Jason R. Meltzer (admitted *pro hac vice*)
Robert K. Hur (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.

*Attorneys for Defendant Ebony Yeboah-Amankwah*

Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
Email:  wscherman@gibsondunn.com
Email:  jmendro@gibsondunn.com
Email:  jmeltzer@gibsondunn.com
Email:  rhur@gibsondunn.com

*Attorneys for Defendant Charles E. Jones*

/s/ Douglas M. Mansfield (with permission)
Douglas M. Mansfield (0063443)
Lape Mansfield Nakasian & Gibson, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone:  (614) 763-2316
Facsimile:  (614) 467-3704
Email:  dmansfield@lmng-law.com

Michael L. Kichline (admitted *pro hac vice*)
Laura H. McNally (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001
Email:  michael.kichline@morganlewis.com
Email:  laura.mcnally@morganlewis.com

*Attorneys for Defendant Dennis M. Chack*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on August 26, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Marjorie P. Duffy
Marjorie P. Duffy (0083452)

*One of the Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, and K. Jon Taylor*