**Motion granted. The reply deadline is hereby extended by 7 days.**
**/s/ John R. Adams**
**U.S. District Judge**
**9/13/2022**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, Derivatively on behalf of FIRSTENERGY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ANDERSON, STEVEN J. DEMETRIOU, JULIA L. JOHNSON, CHARLES E. JONES, DONALD T. MISHEFF, THOMAS N. MITCHELL, JAMES F. O'NEIL III, CHRISTOPHER D. PAPPAS, SANDRA PIANALTO, LUIS A. REYES, LESLIE M. TURNER, STEVEN E. STRAH, ROBERT REFFNER, MICHAEL J. DOWLING, AND EBONY YEBOAH-AMANKWAH, <br><br> Defendants, <br><br> and <br><br> FIRST ENERGY CORPORATION <br><br> Nominal Defendant. | CASE NO. 5:20CV1743 <br><br> JUDGE JOHN R. ADAMS |

**TODD AUGENBAUM'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO REPLY IN SUPPORT OF HIS MOTION TO INTERVENE**

Proposed intervenor Todd Augenbaum ("Mr. Augenbaum"), by and through his undersigned counsel, hereby moves to extend the time to file a reply memorandum in support of his motion to intervene in the above-captioned derivative action by one week.

This Motion is supported by the accompanying Memorandum of Law and Declaration of W.B. Markovits, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.