UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JENNIFER L. MILLER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ANDERSON, *et al.*, ) | Judge John R. Adams |
| ) | |
| Defendants, ) | Case No. 5:20-cv-01743-JRA |
| ) | |
| and ) | |
| ) | |
| FIRSTENERGY CORP., ) | |
| ) | |
| Nominal Defendant. ) | |

## THE D&O DEFENDANTS' EIGHTH STATUS REPORT

Pursuant to the Case Management Plan (Doc. #160) and the Court's instruction at the November 8, 2021 conference (Doc. #166 at 49:1-5), outside directors Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner (together, the "Director Defendants"), and FirstEnergy's current CEO, Steven E. Strah, and CFO, K. Jon Taylor (with the Directors, the "D&O Defendants") hereby submit their eighth status report and provide the following updates:

1. **Discovery that has occurred during the 45-day period since the September 22, 2022 filing of the D&O Defendants' seventh status report (Doc. #366):** None.

2. **Settlement discussions that have occurred during the reporting period:** None.

3. **Motions that have been filed by the D&O Defendants or motions by the D&O Defendants that remained pending during the reporting period:** On August 24,

2022, the parties jointly filed a Motion to Dismiss with Prejudice (Doc. #353). That motion remains pending.

4. **Any developments that might give rise to a request to deviate from the schedule outlined in the Case Management Plan:** On August 23, 2022, the Southern District of Ohio granted final approval of the settlement, fully releasing all claims covered by the settlement and dismissing the action with prejudice.

Dated:  November 7, 2022

Respectfully submitted,

/s/ Geoffrey J. Ritts
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Email:  gjritts@jonesday.com
Email:  rfaxon@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio  43215
Telephone:  (614) 469-3939
Facsimile:  (614) 461-4198
Email:  mpduffy@jonesday.com
Email:  jbaumann@jonesday.com

*Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, and K. Jon Taylor*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on November 7, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Marjorie P. Duffy
Marjorie P. Duffy (0083452)

*One of the Attorneys for Defendants Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil, III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Leslie M. Turner, Steven E. Strah, and K. Jon Taylor*