# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, derivatively on behalf of FIRSTENERGY CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ANDERSON, *et al.*,<br><br>    Defendants. | Case No. 5:20-cv-01743-JRA<br><br>Judge John R. Adams<br><br>Magistrate Judge Carmen E. Henderson |

### UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT CHARLES E. JONES

Pursuant to Local Rule 83.9 of the Local Civil Rules of the United States District Court for the Northern District of Ohio, Robert K. Hur, Jason R. Meltzer, Jason J. Mendro, and William S. Scherman of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") respectfully request leave to withdraw as counsel for Defendant Charles E. Jones in the above-captioned action. Gibson Dunn has provided written notice of its withdrawal to Mr. Jones and all other parties to this matter, and Mr. Jones consents to Gibson Dunn's withdrawal. Mr. Jones will continue to be represented in this matter by attorneys from Baker & Hostetler LLP.

Dated: December 21, 2022                    Respectfully submitted,

                                            */s/ Jason J. Mendro*
                                            _____

                                            William S. Scherman (*pro hac vice*)
                                            Robert K. Hur (*pro hac vice*)
                                            Jason J. Mendro (*pro hac vice*)
                                            Jason R. Meltzer (*pro hac vice pending*)
                                            GIBSON, DUNN & CRUTCHER LLP
                                            1050 Connecticut Ave, N.W.
                                            Washington, DC 20036-5306
                                            Telephone: 202.887.3609
                                            Facsimile: 202.530.4239
                                            E-mail: wscherman@gibsondunn.com
                                            E-mail: rhur@gibsondunn.com
                                            E-mail: jmendro@gibsondunn.com
                                            E-mail: jmeltzer@gibsondunn.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of December, 2022, a copy of the foregoing Unopposed Motion for Leave to Withdraw as Counsel for Defendant Charles E. Jones was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

*/s/ Jason J. Mendro*
Jason J. Mendro