**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| JENNIFER L. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge John R. Adams |
| MICHAEL J. ANDERSON, *et al.*, | ) | |
| | ) | Case No. 5:20-cv-01743-JRA |
| Defendants, | ) | |
| | ) | JURY TRIAL DEMANDED |
| and | ) | |
| | ) | |
| FIRSTENERGY CORP., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**<u>DEFENDANT REFFNER'S STATUS REPORT</u>**

Pursuant to the Case Management Plan (Doc. #160) and the Court's instruction at the November 8, 2021 conference (Doc. #166 at 49:1-5), Defendant Robert Reffner submits the following status report and provides the following updates:

**1.    Discovery during the Reporting Period**

None.

**2.    Settlement Discussions during the Reporting Period**

None.

**3.    Motions Filed or Pending during the Reporting Period**

On August 24, 2022, the parties jointly filed a Motion to Dismiss with Prejudice (Doc. #353).  That motion remains pending.

**4.      Developments Giving Rise to a Request to Deviate from the Case Management Plan**

On August 23, 2022, the Southern District of Ohio granted final approval of the settlement,

fully releasing all claims covered by the settlement and dismissing the action with prejudice.


Dated:  December 22, 2022                    Respectfully submitted,

                                             */s/ John C. Fairweather*
                                             John C. Fairweather (0018216)
                                             jfairweather@brouse.com
                                             Lisa S. DelGrosso (0064938)
                                             ldelgrosso@brouse.com
                                             BROUSE McDOWELL
                                             388 South Main Street, Suite 500
                                             Akron, Ohio 44311
                                             Telephone: (330) 535-5711
                                             Facsimile: (330) 253-8601

                                             Steven S. Scholes (admitted *pro hac vice*)
                                             sscholes@mwe.com
                                             Paul Helms (admitted *pro hac vice*)
                                             phelms@mwe.com
                                             MCDERMOTT WILL & EMERY LLP
                                             444 West Lake Street, Suite 4000
                                             Chicago, IL 60606-0029
                                             Telephone: (312) 372-2000
                                             Facsimile: (312) 984-7700

                                             *Attorneys for Defendant Robert P. Reffner*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing was filed electronically on December 22, 2022.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *John C. Fairweather*
John C. Fairweather (0018216)