# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JENNIFER MILLER, | |
| Plaintiff, | |
| v. | |
| MICHAEL J. ANDERSON, *et al.*, | Judge John R. Adams |
| Defendants, | Case No. 5:20-cv-01743-JRA |
| and | |
| FIRSTENERGY CORP., | |
| Nominal Defendant. | |

### STATUS REPORT OF DEFENDANT CHARLES E. JONES

Pursuant to the Court's Case Management Plan (ECF 160), Counsel for Mr. Jones provides the following status report covering the period of December 22, 2022, through February 6, 2023:

**Settlement proceedings.** As previously reported, the parties reached an agreement to settle and release all of the claims asserted in this action, which claims were simultaneously pending in the United States District Court for the Southern District of Ohio, the Summit County Court of Common Pleas, and this Court. Judge Marbley granted final approval of the settlement and entered final judgment on August 23, 2022. (S.D. Ohio, Case No. 2:20-cv-04813, ECF 195, 196.) Mr. Augenbaum, whose objection to the settlement was overruled by Judge Marbley, filed a motion for reconsideration on September 20, 2022. (*Id.*, ECF 197.) Mr. Augenbaum's motion is fully briefed as of October 25, 2022. (*Id.*, ECF 198, 199, 200, 201.)

**Discovery**. Mr. Jones has not produced additional documents or issued new discovery requests in the period covered by this status report.

**Motions.** On August 24, 2022, all parties jointly filed a motion to dismiss this action with

prejudice in light of the final approval of the settlement and entry of final judgment by Judge Marbley as to the claims asserted in this action. (ECF 353.) On August 25, 2022, Mr. Augenbaum filed a motion to intervene. (ECF 354.) On September 9, 2022, all parties opposed Mr. Augenbaum's motion to intervene. (ECF 359, 360, 361.) After receiving an extension, Mr. Augenbaum's reply in support of his motion to intervene was filed on September 22, 2022. (ECF 364.) In addition, all parties objected to the Court's stated intention to appoint lead plaintiffs' counsel on August 26, 2022. (ECF 355, 356, 357.) Mr. Augenbaum responded to the parties' objections on September 2, 2022. (ECF 358.) On January 27, 2023, the Court granted the unopposed motion of certain of Mr. Jones's attorneys of record to withdraw as counsel. (ECF 395.)

Date: February 6, 2023

Respectfully submitted,

/s/ Douglas L. Shively
Daniel R. Warren (0054595)
Carole S. Rendon (0070345)
Douglas L. Shively (0094065)
Jeremy S. Dunnaback (0098129)
Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
T: (216) 621-0200
F: (216) 696-0740
dwarren@bakerlaw.com
crendon@bakerlaw.com
dshively@bakerlaw.com
jdunnaback@bakerlaw.com

George A. Stamboulidis
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
T: (212) 589-4211
F: (212) 589-4201
gstamboulidis@bakerlaw.com

Albert G. Lin
Baker & Hostetler LLP
200 Civic Center Drive,

2

Suite 2000
Columbus, OH 43215
T: (614) 462-4732
F: (614) 462.2616
alin@bakerlaw.com

*Counsel for Defendant Charles E. Jones*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on February 6, 2023. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>*/s/ Douglas L. Shively*</u>

*Counsel for Defendant Charles E. Jones*