IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER, *et al.*, ) | CASE NO. 5:20-cv-01743-JRA |
| Plaintiffs, ) | |
| v. ) | JUDGE JOHN R. ADAMS |
| MICHAEL J. ANDERSON, *et al.*, ) | **STATUS REPORT BY MICHAEL J. DOWLING** |
| Defendants, ) | |
| and ) | |
| FIRSTENERGY CORP., ) | |
| Nominal Defendant. ) | |

Pursuant to the Case Management Plan (Doc. 160), Defendant Michael J. Dowling ("Dowling"), by and through undersigned counsel, hereby submits his twelfth status report. Since the filing of Dowling's eleventh status report (Doc. 406) on March 23, 2023, Dowling has not undertaken further discovery. Previously, on August 23, 2022, the Southern District of Ohio granted final approval of the settlement, fully releasing all claims covered by the settlement and dismissing that action with prejudice. On August 24, 2022 the parties jointly filed here a Motion to Dismiss with Prejudice (Doc. 353). The motion to dismiss remains pending.

2

Dated: May 8, 2023							Respectfully submitted,

                                                                                       */s/ John A. Favret*
John F. McCaffrey (0039486)
John A. Favret (0080427)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel:  216.592.5000
Fax:  216.592.5009
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com

*Attorneys for Defendant Michael J. Dowling*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on May 8, 2023. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                       */s/ John A. Favret*
                                                                                       *One of the Attorneys for Defendant*
                                                                                       *Michael J. Dowling*

017496\000004\5982105.1