IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JENNIFER L. MILLER, *et al.*, | |
| Plaintiffs, | |
| v. | Judge John R. Adams |
| MICHAEL J. ANDERSON, *et al.*, | Case No. 5:20-CV-01743 |
| Defendants, | **Status Report (per ECF No. 160)** |
| and | |
| FIRSTENERGY CORP., | |
| Nominal Defendant. | |

## PLAINTIFFS' THIRTEENTH STATUS REPORT

Plaintiffs, including Intervenor-Plaintiffs who are also court-appointed Lead Plaintiffs in the parallel, substantively identical, derivative action pending in the United States District Court for the Southern District of Ohio, respectfully submit the following status report in accordance with the Court's November 9, 2021 Case Management Plan (ECF No. 160).

1. **Discovery during the Reporting Period**

    None.

2. **Settlement Discussions during the Reporting Period**

    None.

3. **Motions Filed or Pending during the Reporting Period**

    On August 24, 2022, Plaintiffs joined the Individual Defendants and the Special Litigation Committee of Nominal Defendant FirstEnergy Corp. in a motion to dismiss this Action with prejudice in light of the August 23, 2022 Order issued by the Southern District of Ohio in

1

*Employees Retirement System of the City of St. Louis, et al. v. Jones, et al.*, No. 2:20-cv-04813 (S.D. Ohio), granting final approval of the parties' settlement of FirstEnergy's claims in a parallel derivative action. *See id.*, ECF. No. 195 (S.D. Ohio Aug. 23, 2022) (the "Final Approval Order") (filed in this Action at ECF No. 353-1). That motion remains pending.

On September 8, 2022, Plaintiffs filed an Opposition to Todd Augenbaum's Motion to Intervene, Appoint Lead Counsel and Lead Plaintiff. ECF No. 361. Mr. Augenbaum's motion remains pending.

**4. Developments Giving Rise to a Request to Deviate from the Case Management Plan**

Plaintiffs respectfully refer the Court to Plaintiffs' Status Report Nos. four (March 24, 2022 [ECF No. 297]), five (May 9, 2022 [ECF No. 313]), six (June 23, 2022 [ECF No. 325]), seven (August 8, 2022 [ECF No. 342]), eight (September 22, 2022 [ECF No. 373]), nine (November 7, 2022 [ECF No. 380]), ten (December 22, 2022 [ECF No. 393]), eleven (February 6, 2023 [ECF No. 404]), and twelve (March 23, 2023 [ECF No. 412]) regarding the settlement of FirstEnergy's claims concerning the events giving rise to this action.

Dated: May 8, 2023  Respectfully submitted,

*/s/ John C. Camillus*
John C. Camillus

**LAW OFFICES OF JOHN C. CAMILLUS LLC**
John C. Camillus (0077435)
P.O. Box 141410
Columbus, OH 43214
Phone: (614) 992-1000
jcamillus@camilluslaw.com

*Liaison Counsel for Intervenor Plaintiffs*

**SAXENA WHITE P.A.**
Maya Saxena
Lester R. Hooker
Dianne M. Pitre

7777 Glades Road, Suite 300
Boca Raton, FL 33434
Phone: (561) 394-3399
msaxena@saxenawhite.com
lhooker@saxenawhite.com
dpitre@saxenawhite.com

**SAXENA WHITE P.A.**
Thomas Curry
Tayler D. Bolton
824 N. Market Street, Suite 1003
Wilmington, DE 19801
Phone: (302) 485-0480
tcurry@saxenawhite.com
tbolton@saxenawhite.com

**SAXENA WHITE P.A.**
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, NY 10606
Phone: (914) 437-8551
sdileo@saxenawhite.com

- and –

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
Jeroen van Kwawegen
Margaret Sanborn-Lowing
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1400
jeroen@blbglaw.com
margaret.lowing@blbglaw.com

*Counsel for Intervenor Plaintiffs*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Daniel S. Sommers
Molly Bowen
1100 New York Ave. NW, Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com

3

dsommers@cohenmilstein.com
mbowen@cohenmilstein.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Christopher Lometti
Richard A. Speirs
Amy Miller
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838 7745
clometti@cohenmilstein.com
rspeirs@cohenmilstein.com
amiller@cohenmilstein.com

*Counsel for Additional Plaintiff Massachusetts Laborers Pension Fund*

**EDELSON LECHTZIN LLP**
Marc H. Edelson
411 S. State Street
Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
Facsimile: (267) 685-0676
medelson@edelson-law.com

*Counsel for Additional Plaintiff Jennifer L. Miller*

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

*/s/ John C. Camillus*
John C. Camillus
