IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ANDERSON, *et al.*,<br><br>    Defendants,<br><br>and<br><br>FIRSTENERGY CORPORATION,<br><br>    Nominal Defendant. | Case No.: 5:20-cv-01743-JRA<br><br>Judge John R. Adams |

### DEFENDANT JAMES F. PEARSON'S THIRTEENTH STATUS REPORT

Pursuant to the Case Management Plan (Dkt. No. 160) and the Court's instruction at the November 8, 2021 conference (Dkt. No. 166 at 49:1-5), defendant James F. Pearson ("Pearson") hereby submits this Status Report with the following updates:

1. Discovery that has occurred during the 45-day period since Pearson's most recent Status Report, filed on May 8, 2023 (Dkt. No. 417): None.

2. Settlement discussions that have occurred during the reporting period: None.

3. Motions that have been filed by Pearson or motions by Pearson that remained pending during the reporting period: On August 24, 2022, Pearson and other parties to this action filed a joint motion to dismiss with prejudice (Dkt. No. 353), which remains pending.

4. Any developments that might give rise to a request to deviate from the schedule outlined in the Case Management Plan (Dkt. No. 160): On August 23, 2022, the

Southern District of Ohio granted final approval of the settlement, fully releasing all claims covered by the settlement and dismissing that action with prejudice. Additionally, on May 22, 2023, the Southern District of Ohio denied Objector Todd Augenbaum's motion for reconsideration of the Order of Final Settlement Approval (*St. Louis*, Dkt. No. 205). Then, on June 15, 2023, Objector Augenbaum filed a notice of appeal of that denial to the U.S. Court of Appeals for the Sixth Circuit.

| | |
|---|---|
| Dated:  June 22, 2023 | */s/ Timothy D. Katsiff*<br>Timothy D. Katsiff (admitted *pro hac vice*)<br>katsifft@ballardspahr.com<br>David L. Axelrod (admitted *pro hac vice*)<br>axelrodd@ballardspahr.com<br>Jeremy R. Teaberry (0082870)<br>teaberryj@ballardspahr.com<br>Emilia McKee Vassallo (admitted *pro hac vice*)<br>mckeevassalloe@ballardspahr.com<br><br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: (215) 665-8500<br>Facsimile: (215) 864-8999<br><br>*Attorneys for Defendant James F. Pearson* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing was filed electronically on June 22, 2023. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Timothy D. Katsiff*
                                          Timothy D. Katsiff (admitted *pro hac vice*)

                                          *One of the Attorneys for Defendant James F. Pearson*