UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ANDERSON, *et al.*,<br><br>    Defendants,<br>and<br><br>FIRSTENERGY CORP.,<br><br>    Nominal Defendant. | Case No. 5:20-cv-01743-JRA<br><br>Judge John R. Adams<br><br>Magistrate Judge Carmen E. Henderson |

**NOMINAL DEFENDANT FIRSTENERGY CORP.'S
<u>STATUS REPORT (PER ECF #160)</u>**

Nominal Defendant FirstEnergy Corp. ("FirstEnergy"), by and through undersigned counsel, hereby submits this status report pursuant to the Court's instructions in Paragraph 8 of the Case Management Plan (ECF #160).

**1.  Discovery**

Nominal Defendant FirstEnergy has nothing further to report regarding discovery at this time.

**2.  Settlement Discussions**

Nominal Defendant FirstEnergy has nothing further to report regarding settlement discussions at this time.

**3.  Motions that Have been Filed or Remain Pending**

On August 24, 2022, Nominal Defendant FirstEnergy along with all other parties jointly filed a Motion to Dismiss with Prejudice in light of the Southern District of Ohio's order finally

approving the Settlement (ECF #353).  No opposition was filed to the Motion to Dismiss, which remains pending.

On August 25, 2022, Todd Augenbaum filed a motion to intervene (ECF #354), which all parties opposed (ECF #359, 360, 361) and has been fully briefed.  That motion also remains pending.

### 4. Developments that Might Give Rise to a Request to Deviate from the Schedule

Nominal Defendant FirstEnergy has nothing further to report regarding the schedule at this time.

June 22, 2023                                           Respectfully submitted,

*/s/  Ann H. MacDonald*
Barry S. Hyman (*pro hac vice*)
Lawrence H. Heftman (*pro hac vice*)
Ann H. MacDonald
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
barry.hyman@afslaw.com
lawrence.heftman@afslaw.com
ann.macdonald@afslaw.com

*Attorneys for Nominal Defendant FirstEnergy Corp.*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

      /s/ *Ann H. MacDonald*

*Attorney for Nominal Defendant*
*FirstEnergy Corp.*