UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jennifer L. Miller, | ) | CASE NO. 5:20CV1743 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | |
| Michael J. Anderson, et al., | ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is a joint motion to dismiss filed by the parties to this proceeding and a motion to intervene filed by Todd Augenbaum. While this Court still has grave concerns over the process that has led to the current state of the litigation surrounding the largest bribery, money-laundering scheme ever perpetrated in the State of Ohio, it also acknowledges that Augenbaum, who was also an objector in the Southern District, has appealed that court's order approving settlement of the matter. Augenbaum's appellate brief directly raises arguments concerning whether this Court was the proper forum for approval of any such settlement. Accordingly, this matter is hereby STAYED pending resolution of the appeal in Sixth Circuit Case No. 23-3512.

IT IS SO ORDERED.

Dated: September 29, 2023          /s/ John R. Adams
                                   JOHN R. ADAMS
                                   UNITED STATES DISTRICT JUDGE