UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jennifer L. Miller, | ) | CASE NO. 5:20CV1743 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | |
| Michael J. Anderson, et al., | ) | <u>ORDER</u> |
| | ) | |
| | ) | |
| Defendants. | ) | |

On September 29, 2023, this Court STAYED resolution of the parties' motion to dismiss[1] pending the completion of the appeal in Sixth Circuit Case No. 23-3512. The Court takes judicial notice of the fact that the appeal has been completed. All parties, including the intervenors, are instructed that if they have any further argument or information they wish to be considered by the Court, it shall be filed no later than April 25, 2024.

    IT IS SO ORDERED.

Dated: <u>April 12, 2024</u>            <u>/s/ John R. Adams</u>
                                                              JOHN R. ADAMS
                                                              UNITED STATES DISTRICT JUDGE

---

[1] This motion was filed the day before Todd Augenbaum sought to intervene for the purpose of opposing approval of any settlement and dismissal. Doc. 354.