# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JENNIFER L. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ANDERSON, *et al.*, | ) | Judge John R. Adams |
| | ) | |
| Defendants, | ) | Case No. 5:20-cv-01743-JRA |
| | ) | |
| and | ) | |
| | ) | |
| FIRSTENERGY CORP., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that, effective May 28, 2024, the address of the Chicago office of Skadden Arps Slate Meagher & Flom LLP, Counsel for Defendant, Ebony Yeboah-Amankwah, will change as follows:

> 320 South Canal, 47th Floor
> Chicago, IL  60606-5707

The Firm's and its lawyers' phone numbers, fax numbers, and e-mail addresses have not been affected by this change.

Dated:  Chicago, Illinois
        June 27, 2024

Respectfully submitted,

/s/ *Gail Lee*
Gail Lee (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606
312-407-0700
312-407-0411 Fax

*Counsel for Defendant, Ebony Yeboah-Amankwah*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on June 27, 2024. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Gail Lee*
*Counsel for Defendant, Ebony Yeboah-Amankwah*